# EXHIBIT C



**CT Corporation**
Service of Process Notification
04/21/2025
CT Log Number 548936118

## Service of Process Transmittal Summary

**TO:** Pepsop Intakeparalegal
PepsiCo, Inc.
700 Anderson Hill Rd
Purchase, NY 10577-1444

**RE:** **Process Served in North Carolina**

**FOR:** Pepsico, Inc.  (Domestic State: NC)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS; and GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS vs. PEPSICO, INC. |
| **DOCUMENT(S) SERVED:** | Summons, Return, Complaint |
| **COURT/AGENCY:** | Virgin Islands Superior Court - St. Croix Division, VI<br>Case # SX25CV102 |
| **NATURE OF ACTION:** | Environmental Litigation - Government Enforcement Action |
| **PROCESS SERVED ON:** | C T Corporation System, Raleigh, NC |
| **DATE/METHOD OF SERVICE:** | By Process Server on 04/21/2025 at 12:29 |
| **JURISDICTION SERVED:** | North Carolina |
| **APPEARANCE OR ANSWER DUE:** | Within 21 days after service excluding the date of service |
| **ATTORNEY(S)/SENDER(S):** | Jalicha Persad<br>VIRGIN ISLANDS DEPARTMENT OF JUSTICE<br>6151 Estate La Reine Kings La Reine<br>St Croix, VI 00850 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/21/2025, Expected Purge Date: 04/26/2025<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>160 Mine Lake CT, Suite 200<br>Raleigh, NC 27615<br>877-564-7529<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



## PROCESS SERVER DELIVERY DETAILS

**Date:** Mon, Apr 21, 2025
**Server Name:** Jennifer Adams

| Entity Served | PEPSICO, INC. |
|---|---|
| Case Number | SX-25-CV-102 |
| Jurisdiction | NC |

| Inserts | | |
|---|---|---|
| | | |





IN THE SUPERIOR COURT
OF THE VIRGIN ISLANDS

**FILED**
April 14, 2025 11:45 AM
SX-2025-CV-00102
TAMARA CHARLES
CLERK OF THE COURT

# SUMMONS
### (CIVIL ORIGINAL)

## IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS; and GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>        Plaintiffs,<br>v.<br><br>PEPSICO, INC.;<br>PEPSICO CARIBBEAN, INC.;<br>THE COCA-COLA COMPANY; and<br>CC ONE VIRGIN ISLANDS, LLC,<br><br>        Defendants. | CIVIL NO.: SX-25-CV- 102<br><br>**ACTION FOR PUBLIC NUISANCE AND OTHER RELIEF**<br><br>**JURY TRIAL DEMANDED** |

TO:     PepsiCo, Inc.     Defendant

ADDRESS:     CT Corporation System
                  700 Anderson Hill Road
                  Purchase, New York 10577

A lawsuit has been filed against you. Within the time limited by law (see note below) you are hereby required to appear before this Court and answer to a complaint filed against you in this action. In case of failure to appear or answer, judgment by default will be taken against you as demanded in the complaint.

Witness my hand and the Seal of this Court this ......14........ day of ....April............., 2025.

GORDON C. RHEA, ESQ.
*ATTORNEY GENERAL*

By: _____/s/_____
(Attorney for Plaintiff)
Address:   Jalicha Persad, Esq.
Virgin Islands Department of Justice
Office of the Attorney General
6151 Estate La Reine
Kingshill, St. Croix, VI 00850

TAMARA CHARLES
*CLERK OF COURT*

By: _____/s/_____
(Deputy)

NOTE: The defendant, if served personally, is required to file his/her answer or other defense with the Administrator/Clerk of this Court, and to serve a copy thereof upon the plaintiff's attorney within twenty (21) days after service of this summons, excluding the date of service. If served by publication or by personal service outside of the jurisdiction the defendant is required to file his/her answer or other defense with the Clerk of this Court, and to serve a copy thereof upon the attorney for the plaintiff within thirty (30) days after the completion of the period of publication or personal service outside of jurisdiction.

Jennifer Adams
2043
2025/04/21 12:29:38

## RETURN OF SERVICE

I hereby certify that I received this summons on the _____ day of _____, and that thereafter, on the _____ day of _____, 2025, I did serve the same on the above-named defendant, _____ by showing him/her this original and by then delivering to him/her a copy of the complaint and the summons which were forwarded to me attached thereto.

                                                  Agent

                                                  Deputy

## RETURN OF SERVICE

I hereby certify that I received this summons on the _____ day of 2025, and that after making a careful, diligent search the defendant cannot be found in this jurisdiction.

                                                  Agent

                                                  Deputy