# EXHIBIT D



**CT Corporation**
**Service of Process Notification**
04/17/2025
CT Log Number 548914820

## Service of Process Transmittal Summary

**TO:**   Janel McCurrie, Sr. Litigation Paralgl & Ediscovery Mngr
The Coca-Cola Company
1 Coca Cola Plz NW
Atlanta, GA 30313-2499

**RE:**   Process Served in Delaware

**FOR:**   The Coca-Cola Company  (Domestic State: DE)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS; and GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS vs. PEPSICO, INC. |
| **CASE #:** | SX25CV102 |
| **NATURE OF ACTION:** | Environmental Litigation - Government Enforcement Action |
| **PROCESS SERVED ON:** | The Corporation Trust Company, Wilmington, DE |
| **DATE/METHOD OF SERVICE:** | By Process Server on 04/17/2025 at 12:38 |
| **JURISDICTION SERVED:** | Delaware |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification,  Janel McCurrie  jmccurrie@coca-cola.com |
| | Email Notification,  Lynnette Chard  lychard@coca-cola.com |
| | Email Notification,  HANA BARROTT  hbarrott@coca-cola.com |
| **REGISTERED AGENT CONTACT:** | The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801
8775647529
MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Thu, Apr 17, 2025
**Server Name:** Adam Golden

| Entity Served | THE COCA-COLA COMPANY |
|---|---|
| Case Number | SX-25-CV-102 |
| Jurisdiction | DE |

| Inserts | |
|---|---|
| | |





**FILED**
April 14, 2025 11:45 AM
SX-2025-CV-00102
TAMARA CHARLES
CLERK OF THE COURT

# SUMMONS
## (CIVIL ORIGINAL)

IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS; and GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS, <br><br> Plaintiffs, <br> v. <br><br> PEPSICO, INC.; PEPSICO CARIBBEAN, INC.; THE COCA-COLA COMPANY; and CC ONE VIRGIN ISLANDS, LLC, <br><br> Defendants. | CIVIL NO.: SX-25-CV- 102 <br><br> **ACTION FOR PUBLIC NUISANCE AND OTHER RELIEF** <br><br> **JURY TRIAL DEMANDED** |

TO:     The Coca-Cola Company      Defendant

ADDRESS:  One Coca-Cola Plaza,
          N.W. Atlanta, GA, 30313

A lawsuit has been filed against you. Within the time limited by law (see note below) you are hereby required to appear before this Court and answer to a complaint filed against you in this action. In case of failure to appear or answer, judgment by default will be taken against you as demanded in the complaint.

Witness my hand and the Seal of this Court this ……14…… day of …April……, 2025.

GORDON C. RHEA, ESQ.                           TAMARA CHARLES
~~ATTORNEY GENERAL~~                           CLERK OF COURT

By: _____          By: _____
    (Attorney for Plaintiff)                    (Deputy)
Address: Jalicha Persad, Esq.
         Virgin Islands Department of Justice
         Office of the Attorney General
         6151 Estate La Reine
         Kingshill, St. Croix, VI 00850

NOTE: The defendant, if served personally, is required to file his/her answer or other defense with the Administrator/Clerk of this Court, and to serve a copy thereof upon the plaintiff's attorney within twenty (21) days after service of this summons, excluding the date of service. If served by publication or by personal service outside of the jurisdiction the defendant is required to file his/her answer or other defense with the Clerk of this Court, and to serve a copy thereof upon the attorney for the plaintiff within thirty (30) days after the completion of the period of publication or personal service outside of jurisdiction.

## RETURN OF SERVICE

I hereby certify that I received this summons on the _____ day of _____, and that thereafter, on the _____ day of _____, 2025, I did serve the same on the above-named defendant, _____ by showing him/her this original and by then delivering to him/her a copy of the complaint and the summons which were forwarded to me attached thereto.

                                                              Agent

                                            ..................................................................
                                            Deputy

## RETURN OF SERVICE

I hereby certify that I received this summons on the _____ day of 2025, and that after making a careful, diligent search the defendant cannot be found in this jurisdiction.

                                              Agent

                                          ..................................................................
                                          Deputy