# EXHIBIT E

# THE UNITED STATES VIRGIN ISLANDS
OFFICE OF THE LIEUTENANT GOVERNOR



**EXECUTIVE OFFICE**



Received, Kurt Petri 5/13/25

May 12, 2025

**CERTIFIED MAIL – 7019 1640 0001 5762 7804**

DTF AGENT FOR SERVICE OF PROCESS, INC.
Resident Agent
1000 Frederiksberg Gade
St. Thomas, VI 00802

Dear Sir/Madam:

    Reference is hereby made to the following Summons and Complaint (Case No. SX-25-CV-102) an Action for Public Nuisance and Other Relief served on the Lieutenant Governor of the Virgin Islands:

COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS; and the GOVERNMENT OF THE VIRGIN ISLANDS,
**Plaintiffs**

vs.

PEPSICO, INC., PEPSICO CARIBBEAN, INC., THE COCO-COLA COMPANY; and CC ONE VIRGIN ISLANDS, LLC,
**Defendants**

Based on a search at our Division of Corporations and Trademarks, the above referenced Summons and Complaint are being sent to you because the last known resident agent of said defendant company.

Sincerely,

Denise Johannes
Director, Division of Corporation and Trademarks

5049 KONGENS GADE, CHARLOTTE AMALIE, ST. THOMAS, USVI  00802 ♣♣ (340) 774-2991 ♣ FAX (340) 774-6953
1105 KING STREET, CHRISTIANSTED, ST. CROIX, USVI  00820 ♣♣ (340) 773-6449 ♣ FAX (340) 773-0330

IN THE SUPERIOR COURT
OF THE VIRGIN ISLANDS



**FILED**
April 14, 2025 11:48 AM
SX-2025-CV-00102
TAMARA CHARLES
CLERK OF THE COURT

# SUMMONS
### (CIVIL ORIGINAL)

### IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

COMMISSIONER OF THE DEPARTMENT OF
LICENSING AND CONSUMER AFFAIRS; and
GOVERNMENT OF THE UNITED STATES VIRGIN
ISLANDS,

        Plaintiffs,

v.

PEPSICO, INC.;
PEPSICO CARIBBEAN, INC.;
THE COCA-COLA COMPANY; and
CC ONE VIRGIN ISLANDS, LLC,

        Defendants.

CIVIL NO.: SX-25-CV-102

**ACTION FOR PUBLIC NUISANCE AND OTHER RELIEF**

**JURY TRIAL DEMANDED**

RECEIVED LT.GOV. CORP-STT
'25 MAY 8 PM2:32

TO:    CC One Virgin Islands, LLC    Defendant

ADDRESS:    12 Norre Gade
                 St. Thomas, Virgin Islands, 00802

      A lawsuit has been filed against you. Within the time limited by law (see note below) you are hereby required to appear before this Court and answer to a complaint filed against you in this action. In case of failure to appear or answer, judgment by default will be taken against you as demanded in the complaint.

      Witness my hand and the Seal of this Court this ....14........ day of ...April............., 2025.

GORDON C. RHEA, ESQ.
***ATTORNEY GENERAL***

By: _____
(Attorney for Plaintiff)

Address:   Jalicha Persad, Esq.
           Virgin Islands Department of Justice
           Office of the Attorney General
           6151 Estate La Reine
           Kingshill, St. Croix, VI 00850

TAMARA CHARLES
***CLERK OF COURT***

By: _____
(Deputy)

NOTE: The defendant, if served personally, is required to file his/her answer or other defense with the Administrator/Clerk of this Court, and to serve a copy thereof upon the plaintiff's attorney within twenty (21) days after service of this summons, excluding the date of service. If served by publication or by personal service outside of the jurisdiction the defendant is required to file his/her answer or other defense with the Clerk of this Court, and to serve a copy thereof upon the attorney for the plaintiff within thirty (30) days after the completion of the period of publication or personal service outside of jurisdiction.

## RETURN OF SERVICE

I hereby certify that I received this summons on the _____ day of _____, and that thereafter, on the _____ day of _____, 2025, I did serve the same on the above-named defendant, _____ by showing him/her this original and by then delivering to him/her a copy of the complaint and the summons which were forwarded to me attached thereto.

Agent

............................................................................<br>Deputy

## RETURN OF SERVICE

I hereby certify that I received this summons on the _____ day of 2025, and that after making a careful, diligent search the defendant cannot be found in this jurisdiction.

Agent

............................................................................<br>Deputy



CERTIFIED MAIL
7019 1640 0001 5762 7804

Retail
RDC 99
00802

U.S. POSTAGE PAID
FCM LG ENV
ST THOMAS, VI 00802
MAY 12, 2025
$11.54
S2324e500161-10

US Virgin Islands
ant Governor
ons and Trademarks

FIRST CLASS

DTF AGENT FOR SERVICE OF PROCESS, INC.
Resident Agent
1000 Frederiksberg Gade
St. Thomas, VI 00802