# EXHIBIT G



FILED
May 05, 2025 03:57 PM
SX-2025-CV-00102
TAMARA CHARLES
CLERK OF THE COURT

**IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS; and GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintiffs,<br>v.<br><br>PEPSICO, INC.;<br>PEPSICO CARIBBEAN, INC.;<br>THE COCA-COLA COMPANY; and<br>CC ONE VIRGIN ISLANDS, LLC,<br><br>Defendants. | CIVIL NO.: SX-2025-CV-00102<br><br>**ACTION FOR PUBLIC NUISANCE AND OTHER RELIEF**<br><br>**JURY TRIAL DEMANDED** |

**AMENDED NOTICE OF FILING**

**COME NOW**, Plaintiffs', COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS and GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS (collectively, "Plaintiffs" or "GVI") and hereby file this Notice advising the Court of its submission of Affidavits of Service on PepsiCo, Inc., c/o CT Corporation System **("Exhibit A")** and The Coca-Cola Company c/o The Corporation Trust Company **("Exhibit B").**

        **RESPECTFULLY SUBMITTED,**

        **GORDON C. RHEA, ESQ.**
        **ATTORNEY GENERAL**

Date:  May 5, 2025          By: /s/   *Jalicha Persad*
                                     Jalicha Persad, Esq.
                                     Virgin Islands Department of Justice
                                     Office of the Attorney General
                                     34-38 Kronprindsens Gade
                                     GERS Complex, 2d Floor
                                     St. Thomas, VI  00804
                                     340-774-5666 ext. 10285
                                     Jalicha.persad@doj.vi.gov

*Commissioner of the DLCA et al v. PepsiCo, Inc. et al*
*Case No. SX-2025-CV-00102*
**Notice of Filing**
Page 2

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this day May 5, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsels of record.

*/s/Shenique Lewis*



# EXHIBIT A

IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS, ST. CROIX DIVISION

Commissioner of the Department of Licensing and Consumer Affairs, et al.
                Plaintiff(s)

VS.

Case No: SX-25-CV-102

PepsiCo, Inc., et al.
                Defendant(s)

## AFFIDAVIT OF SERVICE

I, Jennifer Adams, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint Action for Public Nuisance and Other Relief in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 04/21/2025 at 12:31 PM, I served PepsiCo, Inc., c/o CT Corporation System, Registered Agent at 160 Mine Lake Court Suite 200, Raleigh, North Carolina 27615 with the Summons and Complaint Action for Public Nuisance and Other Relief by serving Marvin Ayala, Intake Specialist, authorized to accept service on behalf of CT Corporation System.

Marvin Ayala, Intake Specialist is described herein as:

Gender: Male   Ethnicity: Middle Eastern   Age: 24   Weight: 136   Height: 5'4"   Hair: Black

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 4/23/2025

Subscribed and sworn to before me by the affiant who is personally known to me.

_Laura A. Berry_

Nov. 7, 2028
Commission Expires

LAURA A BERRY
Notary Public
Johnston County, North Carolina
My Commission Expires
November 7, 2028

_Jennifer Adams_

Client Ref Number: 0636630.014
Job #:13125831



# EXHIBIT B

*IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS, ST. CROIX DIVISION*

*Commissioner of the Department of Licensing and Consumer Affairs, et al.*
          *Plaintiff(s)*

                        *VS.*                  *Case No: SX-25-CV-102*

*Pepsico, Inc., et al.*
          *Defendant(s)*

## AFFIDAVIT OF SERVICE

*I, Adam Golden, a Private Process Server, being duly sworn, depose and say:*

*That I have been duly authorized to make service of the Summons and Complaint Action for Public Nuisance and Other Relief in the above entitled case.*

*That I am over the age of eighteen years and not a party to or otherwise interested in this action.*

*That on 4/17/2025 at 12:13 PM, I served The Coca-Cola Company c/o The Corporation Trust Company, Registered Agent at 1209 Orange Street, Wilmington, Delaware 19801 with the Summons and Complaint Action for Public Nuisance and Other Relief by serving Nadia Bellamy, Agent, authorized to accept service on behalf of The Corporation Trust Company, authorized to accept service.*

*Nadia Bellamy is described herein as:*

*Gender:* Female    *Ethnicity:* African American    *Age:* 25    *Weight:* 160    *Height:* 5'8"    *Hair:* Black

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 4/24/2025*

*Subscribed and sworn to before me by the affiant who is personally known to me.*

*Adam Golden*

*Commission Expires*
EXPIRES
Feb. 13, 2026

*Client Ref Number: 0636630.014*
*Job #:13125829*

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*