# EXHIBIT H

**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS; and GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>PEPSICO, INC.;<br>PEPSICO CARIBBEAN, INC.;<br>THE COCA-COLA COMPANY; and<br>CC ONE VIRGIN ISLANDS, LLC,<br><br>　　　　　　Defendants. | Case No. ___ |

**THE COCA-COLA COMPANY'S**
**CONSENT TO REMOVAL**

　　Defendant The Coca-Cola Company consents to the removal of the action captioned *Commissioner of the Department of Licensing and Consumer Affairs et al. v. PepsiCo, Inc. et al.*, No. SX-2025-CV-00102, in the Superior Court of the Virgin Islands to the District Court of the Virgin Islands.

　　By filing this consent, The Coca-Cola Company does not waive or forfeit—and expressly reserves—all defenses.

Dated: May 19, 2025

Respectfully submitted,

**DUDLEY NEWMAN FEUERZEIG LLP**

*/s/ Chad C. Messier*

_____
Chad C. Messier (V.I. Bar 497)
1000 Frederiksberg Gade
St. Thomas, VI 00802
Telephone: (340) 774-4422
Email: cmessier@dnfvi.com

*Counsel for Defendant The Coca-Cola Company*