# EXHIBIT I

**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS; and GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>        Plaintiffs,<br><br> v.<br><br>PEPSICO, INC.;<br>PEPSICO CARIBBEAN, INC.;<br>THE COCA-COLA COMPANY; and<br>CC ONE VIRGIN ISLANDS, LLC,<br><br>        Defendants. | Case No. ___ |

**CC ONE VIRGIN ISLANDS, LLC'S**
**CONSENT TO REMOVAL**

Defendant CC One Virgin Islands, LLC consents to the removal of the action captioned *Commissioner of the Department of Licensing and Consumer Affairs et al. v. PepsiCo, Inc. et al.*, No. SX-2025-CV-00102, in the Superior Court of the Virgin Islands to the District Court of the Virgin Islands.

By filing this consent, CC One Virgin Islands, LLC does not waive or forfeit—and expressly reserves—all defenses.

2

Dated: May 19, 2025

Respectfully submitted,

*/s/ Christopher Allen Kroblin*

**CHRISTOPHER ALLEN KROBLIN, ESQ.**
V.I. Bar No. 966
KELLERHALS FERGUSON KROBLIN PLLC
Royal Palms Professional Building
9053 Estate Thomas, Suite 101
St. Thomas, V.I. 00802-3602
Telephone: (340) 779-2564
Facsimile: (888) 316-9269
Email: ckroblin@kellfer.com

*Counsel for Defendant CC One Virgin Islands, LLC*