# EXHIBIT L

```
                    DISTRICT COURT OF THE VIRGIN ISLANDS
                      DIVISION OF ST. THOMAS AND ST. JOHN

UNITED STATES OF AMERICA,                )
                                         )
             Plaintiff,                  )
                                         )
        v.                               )    Civil No. 2010-48
                                         )
GOVERNMENT OF THE VIRGIN ISLANDS,        )
VIRGIN ISLANDS PORT AUTHORITY, VIRGIN    )
ISLANDS WASTE MANAGEMENT AUTHORITY,      )
JOSEPH HODGE, and ZULMA HODGE,           )
                                         )
             Defendants.                 )
                                         )
─────────────────────────────────────────)
                                         )
JOSEPH HODGE and ZULMA HODGE,            )
                                         )
             Third-party plaintiffs,     )
                                         )
        v.                               )
                                         )
A-9 TRUCKING ENTERPRISES, INC.; LESTER   )
ASHBY, and REYNALD CHARLES,              )
                                         )
             Third-party defendants.     )
                                         )
─────────────────────────────────────────)
                                         )
A-9 TRUCKING ENTERPRISES, INC.           )
                                         )
             Counter/cross-claimant,     )
                                         )
        v.                               )
                                         )
JOSEPH HODGE and ZULMA HODGE,            )
                                         )
             Counterclaim defendants,    )
                                         )
             and                         )
                                         )
LESTER ASHBY and REYNALD CHARLES,        )
                                         )
             Cross-claim defendants.     )
                                         )
─────────────────────────────────────────)
```

Case: 3:01-cv-00048-RM Document #: 98 Filed: 05/10/13 Page: 2 of 5
Case 3:10-cv-00048-CVG-RM Document #: 112 Filed: 05/22/13 Page 2 of 4

*United States v. Gov't of the V.I.*
Civil No. 2010-48
Order
Page 2

| | |
|---|---|
| **REYNALD CHARLES,** | ) |
| | ) |
| Counter/cross-claimant, | ) |
| | ) |
| v. | ) |
| | ) |
| **JOSEPH HODGE and ZULMA HODGE,** | ) |
| | ) |
| Counterclaim defendants, | ) |
| | ) |
| and | ) |
| | ) |
| **LESTER ASHBY and A-9 TRUCKING ENTERPRISES, INC.,** | ) |
| | ) |
| Cross-claim defendants. | ) |
| | ) |

**ATTORNEYS:**

**Myles E. Flint, Trial Attorney**
**Mark Gallagher, Trial Attorney**
United States Department of Justice
Washington, DC
    *For the plaintiff,*

**Vincent F. Frazer, Attorney General**
Virgin Islands Department of Justice
St. Thomas, VI
**John Fehrenbach, Esq.**
Winston & Strawn LLP
Washington, DC
    *For the defendant Government of the Virgin Islands,*

**Don C. Mills, General Counsel**
Virgin Islands Port Authority
St. Thomas, VI
    *For the defendant Virgin Islands Port Authority,*

**Iver A. Stridiron, General Counsel**
Virgin Islands Waste Management Authority
St. Croix, VI
    *For the defendant Virgin Islands Waste Management*
    *Authority,*

Case: 3:10-cv-00048-CVG-RM Document #: 98 Filed: 05/13/13 Page: 4 of 5
*United States v. Gov't of the V.I.*
Civil No. 2010-48
Order
Page 3

**Henry C. Smock, Esq.**
**Kyle R. Waldner, Esq.**
Smock & Moorehead
St. Thomas, VI
  *For the defendants/third-party-plaintiffs/counterclaim*
  *defendants Joseph Hodge and Zulma Hodge,*

**Jennifer Jones, Esq.**
Law Offices of Jennifer Jones
St. Thomas, VI
  *For the third-party defendant/counter/cross-claimant/cross-*
  *claim defendant A-9 Trucking Enterprises and the third-party*
  *defendant/cross-claim defendant Lester Ashby,*

**Clive Claudius Rivers, Esq.**
Law Offices of Clive Rivers
St. Thomas, VI
  *For the third-party defendant/counter/cross-claimant*
  *Reynald Charles.*

## ORDER

**GÓMEZ, C.J.**

Before the Court is the proposed Consent Judgment between the plaintiff, the United States of America, and the defendants the Government of the Virgin Islands and the Virgin Islands Waste Management Authority.

The premises having been considered, it is hereby

**ORDERED** that the Consent Judgment is **APPROVED,** provided that paragraph ninety-three shall be **AMENDED** to read:

Case: 3:10-cv-00048-CVG-RM Document #: 12 Filed: 05/22/13 Page 5 of 5
United States v. Gov't of the V.I.
Civil No. 2010-48
Order
Page 4

The Parties shall bear their own costs of this action, including attorneys' fees, except that the United States shall be entitled to collect the costs (including reasonable attorneys' fees) incurred in any action necessary to collect any portion of the civil penalty or any stipulated penalties due but not paid by Defendants.

S\_____
**Curtis V. Gómez**
**Chief Judge**