IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS, ET AL., <br><br> PLAINTIFFS, <br><br> V. <br><br> PEPSICO, INC., ET AL. <br><br> DEFENDANTS. | CASE NO. 1:25-CV-00024 |

NOTICE OF FILING

PepsiCo, Inc. and PepsiCo Caribbean, Inc. give notice of the filing of the Civil Cover Sheet in this matter.

Respectfully submitted,

**ANDREW C. SIMPSON, P.C.,**
Counsel for PepsiCo, Inc. and PepsiCo Caribbean, Inc.

Dated: May 19, 2025

　/s/ Andrew C. Simpson　
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com