# DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS; and GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintiffs,<br><br>v.<br><br>PEPSICO, INC.;<br>PEPSICO CARIBBEAN, INC.;<br>THE COCA-COLA COMPANY; and<br>CC ONE VIRGIN ISLANDS, LLC,<br><br>Defendants. | Case No. 1:25-cv-00024 |

**NOTICE OF APPEARANCE OF ANDREW C. SIMPSON**
**ON BEHALF OF DEFENDANTS PEPSICO, INC. AND PEPSICO CARIBBEAN, INC.**

PLEASE TAKE NOTICE that the undersigned, of the law firm Andrew C. Simpson, P.C., is hereby entering an appearance as counsel of record for Defendants PepsiCo, Inc. and PepsiCo Caribbean, Inc. in the above-captioned action.

Dated: May 19, 2025						Respectfully submitted,

							By: /s/ Andrew C. Simpson

							Andrew C. Simpson, Esq.
							V.I. Bar No.: 451
							**Andrew C. Simpson, P.C.**
							2191 Church St., Ste. 5
							Christiansted, St. Croix
							U.S. Virgin Islands 00820
							Tel.: (340) 719-3900
							asimpson@coralbrief.com


							*Counsel for Defendants PepsiCo, Inc.*
							*and PepsiCo Caribbean, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2025, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court using the Court's CM/ECF system and served a copy of this filing by U.S. mail on the following entities and counsel of record in the removed action, who have not yet entered an appearance before this Court:

Jalicha Persad
Assistant Attorney General
Virgin Islands Department of Justice
Office of the Attorney General
6151 Estate La Reine
Kingshill, St. Croix, VI 00850

The Coca-Cola Company
The Corporation Trust Company
Corporation Trust Center 1209 Orange St
Wilmington, DE 19801

CC One Virgin Islands, LLC
DTF Agent for Service of Process Inc.
1000 Frederiksberg Gade, St. Thomas
U.S. Virgin Islands 00802

Dated: May 19, 2025                                By: /s/ Andrew C. Simpson

                                                                  Andrew C. Simpson