IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS; and GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL NO. 2025-0024 |
| v. | ) ) | |
| PEPSICO, INC., PEPSICO CARIBBEAN, INC., THE COCA-COLA COMPANY, and CC ONE VIRGIN ISLANDS, LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Chad C. Messier of the firm of Dudley Newman Feuerzeig LLP hereby enters his appearance as counsel for defendant The Coca-Cola Company in the above-captioned matter, and requests that copies of all pleadings, motions, and other documents filed herein be served on the undersigned.

This appearance is without prejudice to the defendant raising any defense, including defenses to personal or subject matter jurisdiction, service of process, sufficiency of process, forum non conveniens, improper venue, and other special defenses.

                                        Respectfully submitted,

                                        **DUDLEY NEWMAN FEUERZEIG LLP**

                                        */s/ Chad C. Messier*

DATED: May 19, 2025        By:  _____
                                          Chad C. Messier (VI Bar No. 497)
                                          1000 Frederiksberg Gade
                                          St. Thomas, VI 00802
                                          Telephone: (340) 774-4422
                                          Email: CMessier@dnfvi.com
                                          Attorneys for Defendant,
                                          The Coca Cola Company