IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS; and GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>    Plaintiffs,<br><br> v.<br><br>PEPSICO, INC., PEPSICO CARIBBEAN, INC., THE COCA-COLA COMPANY, and CC ONE VIRGIN ISLANDS, LLC,<br><br>    Defendants. | CIVIL NO. 2025-0024 |

## CORPORATE DISCLOSURE STATEMENT

According to Federal Rule of Civil Procedure 7.1(a)(1), Defendant, The Coca-Cola Company, certifies that it is a publicly traded company, and that no parent corporation, publicly held corporation, or other person owns 10% or more of its stock.

Respectfully submitted,

**DUDLEY NEWMAN FEUERZEIG LLP**

DATED: May 19, 2025  By: */s/ Chad C. Messier*
             _____
             Chad C. Messier (VI Bar No. 497)
             1000 Frederiksberg Gade
             St. Thomas, VI 00802
             Telephone: (340) 774-4422
             Email: CMessier@dnfvi.com
             Attorneys for Defendant,
             The Coca Cola Company