**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

COMMISSIONER OF THE DEPARTMENT OF
LICENSING AND CONSUMER AFFAIRS; and
GOVERNMENT OF THE UNITED STATES
VIRGIN ISLANDS,

        Plaintiffs,

v.

PEPSICO, INC.;
PEPSICO CARIBBEAN, INC.;
THE COCA-COLA COMPANY; and
CC ONE VIRGIN ISLANDS, LLC,

        Defendants.

Case No. 1:25-cv-00024

## NOTICE OF SERVICE

I, Andrew C. Simpson, declare as follows:

1.      I am a member in good standing of the bar of the U.S. Virgin Islands. I am a partner of Andrew C. Simpson, P.C. and counsel of record for Defendants PepsiCo, Inc. and PepsiCo Caribbean, Inc. in this action.

2.      I am employed in Christiansted, St. Croix, U.S. Virgin Islands. I am over the age of 18 years and am not a party to this action.

3.      My business address is 2191 Church St, Ste. 5, Christiansted, St. Croix, U.S. Virgin Islands 00802.

4.      On May 20, 2025, I caused true and correct copies of the following documents:

    a.    Civil Cover Sheet
    b.    Notice of Appearance of Andrew C. Simpson on Behalf of Defendants PepsiCo, Inc. and PepsiCo Caribbean, Inc.
    c.    Rule 7.1 Disclosure Statement of Defendant PepsiCo, Inc.
    d.    Rule 7.1 Disclosure Statement of Defendant PepsiCo Caribbean, Inc.

     e.    Defendants PepsiCo, Inc. and PepsiCo Caribbean, Inc.'s Notice of Removal and exhibits A–N thereto

     f.    Defendants PepsiCo, Inc. and PepsiCo Caribbean, Inc.'s Notice to Superior Court of Filing of Notice of Removal

to be served by U.S. mail on the following entities and counsel of record in this action, who have

not yet entered an appearance before this Court:

Jalicha Persad
Assistant Attorney General
Virgin Islands Department of Justice
Office of the Attorney General
6151 Estate La Reine
Kingshill, St. Croix, VI 00850

The Coca-Cola Company
The Corporation Trust Company
Corporation Trust Center 1209 Orange St
Wilmington, DE 19801

CC One Virgin Islands, LLC
DTF Agent for Service of Process Inc.
1000 Frederiksberg Gade, St. Thomas
U.S. Virgin Islands 00802

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct. Executed this 19th day of May, 2025, at Christiansted, St. Croix, U.S. Virgin Islands.

By: /s/ Andrew C. Simpson

Andrew C. Simpson, Esq.
V.I. Bar No.: 451
**Andrew C. Simpson, P.C.**
2191 Church St., Ste. 5
Christiansted, St. Croix
U.S. Virgin Islands 00820
Tel.: (340) 719-3900
asimpson@coralbrief.com

*Counsel for Defendants PepsiCo, Inc.*
*and PepsiCo Caribbean, Inc.*

2