IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

COMMISSIONER OF THE DEPARTMENT
OF LICENSING AND CONSUMER
AFFAIRS, ET AL.,

              PLAINTIFFS,

   V.

PEPSICO, INC., ET AL.

            DEFENDANTS.

CASE NO. 1:25-CV-00024

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

THIS MATTER is before the Court upon the Motion for Admission *pro hac vice* of Attorney Claire I. Chapla. Defendants PepsiCo, Inc. and PepsiCo Caribbean, Inc. seek the admission of Claire I. Chapla, of Weil, Gotshal & Manges L.L.P. to appear and participate as co-counsel for said Defendants in the above-captioned matter. Said Defendants and Attorney Chapla have satisfied all the requirements of LRCi 83.1(b)(2)[1], and the appropriate fee has been paid.

The record shows that Attorney Chapla is currently is an attorney in good standing in the State Bar of California, the District of Columbia Bar, the United States

---

[1] Local Rule of Civil Procedure Rule 83.1(b)(2) states in pertinent part:

> Any member in good standing of the bar of any court of the United States or of the highest court of any state, who is not under suspension or disbarment by any court, may in the discretion of the Court, on motion, be permitted to appear and participate in a particular case.

Courts of Appeal for the Third, Tenth, and Eleventh Circuits, and the United States District Courts for the Central, Eastern, and Northern Districts of California and the United States District Court for the District of Columbia.

Attorney Chapla is bound by the grievance procedures established for the Virgin Islands bar, and she shall be subject to the disciplinary and contempt jurisdiction of this Court in the course of practice during her *pro hac vice* admission, whether such disciplinary action is taken before or after termination or revocation of her admission *pro hac vice.*

Upon consideration of the said motion, and the completed *pro hac vice* application, and the record herein, it is now hereby **ORDERED**:

1.    the Motion for Admission of Claire I. Chapla *Pro Hac Vice* (ECF No. 9) is **GRANTED**.

2.    Claire I. Chapla, Esq., is **ADMITTED** *pro hac vice* to practice before this Court in the above-captioned matter.

3.    Claire I. Chapla, Esq., shall file forthwith a notice of appearance into the record of the above-captioned matter.

_____
Emile A. Henderson III
Magistrate Judge