IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS, ET AL.,<br><br>        PLAINTIFFS,<br><br>    V.<br><br>PEPSICO, INC., ET AL.<br><br>        DEFENDANTS. | CASE NO. 1:25-CV-00024 |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

THIS MATTER is before the Court upon the Motion for Admission *pro hac vice* of Attorney Arianna M. Scavetti. Defendants PepsiCo, Inc. and PepsiCo Caribbean, Inc. seek the admission of Arianna M. Scavetti, of Weil, Gotshal & Manges L.L.P. to appear and participate as co-counsel for said Defendants in the above-captioned matter. Said Defendants and Attorney Scavetti have satisfied all the requirements of LRCi 83.1(b)(2)[1], and the appropriate fee has been paid.

The record shows that Attorney Scavetti is currently is an attorney in good standing in the State Bar of New York, the District of Columbia Bar, the United States

---

[1] Local Rule of Civil Procedure Rule 83.1(b)(2) states in pertinent part:

> Any member in good standing of the bar of any court of the United States or of the highest court of any state, who is not under suspension or disbarment by any court, may in the discretion of the Court, on motion, be permitted to appear and participate in a particular case.

1

Court of Appeal for the Third Circuit, and the United States District Courts for the for the District of Columbia and the District of Illinois.

Attorney Scavetti is bound by the grievance procedures established for the Virgin Islands bar, and she shall be subject to the disciplinary and contempt jurisdiction of this Court in the course of practice during her *pro hac vice* admission, whether such disciplinary action is taken before or after termination or revocation of her admission *pro hac vice.*

Upon consideration of the said motion, and the completed *pro hac vice* application, and the record herein, it is now hereby **ORDERED**:

1. the Motion for Admission of Arianna M. Scavetti *Pro Hac Vice* (ECF No. 10) is **GRANTED**.

2. Arianna M. Scavetti, Esq., is **ADMITTED** *pro hac vice* to practice before this Court in the above-captioned matter.

3. Arianna M. Scavetti, Esq., shall file forthwith a notice of appearance into the record of the above-captioned matter.

_____
Emile A. Henderson III
Magistrate Judge