IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS, ET AL., <br><br> PLAINTIFFS, <br><br> V. <br><br> PEPSICO, INC., ET AL. <br><br> DEFENDANTS. | CASE NO. 1:25-CV-00024 |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

THIS MATTER is before the Court upon the Motion for Admission *pro hac vice* of Attorney Andrew S. Tulumello. Defendants PepsiCo, Inc. and PepsiCo Caribbean, Inc. seek the admission of Andrew S. Tulumello, of Weil, Gotshal & Manges L.L.P. to appear and participate as co-counsel for said Defendants in the above-captioned matter. Said Defendants and Attorney Tulumello have satisfied all the requirements of LRCi 83.1(b)(2)[1], and the appropriate fee has been paid.

The record shows that Attorney Tulumello is currently is an attorney in good standing in the State Bar of California, the District of Columbia Bar, the United States

---

[1] Local Rule of Civil Procedure Rule 83.1(b)(2) states in pertinent part:

> Any member in good standing of the bar of any court of the United States or of the highest court of any state, who is not under suspension or disbarment by any court, may in the discretion of the Court, on motion, be permitted to appear and participate in a particular case.

1

Supreme Court, all of the United States Courts of Appeal, and the United States District Courts for the Central, Southern, and Northern Districts of California, the District of Columbia, and Illinois.

Attorney Tulumello is bound by the grievance procedures established for the Virgin Islands bar, and he shall be subject to the disciplinary and contempt jurisdiction of this Court in the course of practice during his *pro hac vice* admission, whether such disciplinary action is taken before or after termination or revocation of his admission *pro hac vice*.

Upon consideration of the said motion, and the completed *pro hac vice* application, and the record herein, it is now hereby **ORDERED**:

1. the Motion for Admission of Andrew S. Tulumello *Pro Hac Vice* (ECF No. 11) is **GRANTED**.
2. Andrew S. Tulumello, Esq., is **ADMITTED** *pro hac vice* to practice before this Court in the above-captioned matter.
3. Andrew S. Tulumello, Esq., shall file forthwith a notice of appearance into the record of the above-captioned matter.

_____
Emile A. Henderson III
Magistrate Judge