IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS, ET AL.,<br><br>    PLAINTIFFS,<br><br>V.<br><br>PEPSICO, INC., ET AL.<br><br>    DEFENDANTS. | CASE NO. 1:25-CV-00024 |

NOTICE OF FILING

PepsiCo, Inc. and PepsiCo Caribbean, Inc. give notice of the filing of the Certificate of Good Standing for Claire I. Chapla in support of her motion for admission *pro hac vice* (Doc. No. 9).

                Respectfully submitted,

                **ANDREW C. SIMPSON, P.C.,**
                Counsel for PepsiCo, Inc. and PepsiCo Caribbean, Inc.

Dated: May 21, 2025

                /s/ Andrew C. Simpson
                VI Bar No. 451
                ANDREW C. SIMPSON, P.C.
                2191 Church Street, Suite 5
                Christiansted, VI 00820
                Tel: 340.719.3900
                asimpson@coralbrief.com