IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| **COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS, ET AL.,**<br><br>　　　　**PLAINTIFFS,**<br><br>　V.<br><br>**PEPSICO, INC., ET AL.**<br><br>　　　　**DEFENDANTS.** | **CASE NO. 1:25-CV-00024** |

**NOTICE OF FILING**

　　PepsiCo, Inc. and PepsiCo Caribbean, Inc. give notice of the filing of the Certificate of Good Standing for Andrew S. Tulumello in support of his motion for admission *pro hac vice* (Doc. No. 11).

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**ANDREW C. SIMPSON, P.C.,**
　　　　　　　　　　　　　　　　　　Counsel for PepsiCo, Inc. and PepsiCo Caribbean, Inc.

Dated: May 21, 2025

　　　　　　　　　　　　　　　　　　　/s/ Andrew C. Simpson
　　　　　　　　　　　　　　　　　　VI Bar No. 451
　　　　　　　　　　　　　　　　　　ANDREW C. SIMPSON, P.C.
　　　　　　　　　　　　　　　　　　2191 Church Street, Suite 5
　　　　　　　　　　　　　　　　　　Christiansted, VI 00820
　　　　　　　　　　　　　　　　　　Tel: 340.719.3900
　　　　　　　　　　　　　　　　　　asimpson@coralbrief.com