## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS; and GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintiffs,<br><br>v.<br><br>PEPSICO, INC.;<br>PEPSICO CARIBBEAN, INC.;<br>THE COCA-COLA COMPANY; and<br>CC ONE VIRGIN ISLANDS, LLC,<br><br>Defendants. | Case No. 1:25-cv-00024 |

### RULE 7.1 DISCLOSURE STATEMENT
### OF DEFENDANT PEPSICO CARIBBEAN, INC.

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), the undersigned counsel of record for Defendant PepsiCo Caribbean, Inc. certifies the following:

1. PepsiCo Caribbean, Inc. is a wholly-owned, indirect subsidiary of publicly-traded Defendant PepsiCo, Inc.

2. PepsiCo Caribbean, Inc. makes these disclosures on behalf of itself and no other party.

Dated: May 19, 2025

Respectfully submitted,

By: /s/ Andrew C. Simpson

Andrew C. Simpson, Esq.
V.I. Bar No.: 451
**Andrew C. Simpson, P.C.**
2191 Church St., Ste. 5
Christiansted, St. Croix
U.S. Virgin Islands 00820
Tel.: (340) 719-3900
asimpson@coralbrief.com

*Counsel for Defendants PepsiCo, Inc. and PepsiCo Caribbean, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 19, 2025, I caused the foregoing Rule 7.1. Disclosure Statement of Defendant PepsiCo Caribbean, Inc. to be filed with the Clerk of the Court using the Court's CM/ECF system and served a copy of this filing by U.S. mail on the following entities and counsel of record in the removed action, who have not yet entered an appearance before this Court:

Jalicha Persad
Assistant Attorney General
Virgin Islands Department of Justice
Office of the Attorney General
6151 Estate La Reine
Kingshill, St. Croix, VI 00850

The Coca-Cola Company
The Corporation Trust Company
Corporation Trust Center 1209 Orange St
Wilmington, DE 19801

CC One Virgin Islands, LLC
DTF Agent for Service of Process Inc.
1000 Frederiksberg Gade, St. Thomas
U.S. Virgin Islands 00802

Dated: May 19, 2025                                    By: /s/ Andrew C. Simpson

                                                                                      Andrew C. Simpson