IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

COMMISSIONER OF THE DEPARTMENT )
OF LICENSING AND CONSUMER )
AFFAIRS; and GOVERNMENT OF THE )
UNITED STATES VIRGIN ISLANDS, )
                              )
           Plaintiffs, )         CIVIL NO. 2025-0024
                              )
   v. )
                              )
PEPSICO, INC., PEPSICO CARIBBEAN, )
INC., THE COCA-COLA COMPANY, and )
CC ONE VIRGIN ISLANDS, LLC, )
                              )
          Defendants. )
_____ )

## UNOPPOSED MOTION FOR ADMISSION
## *PRO HAC VICE* OF JASON VITULLO

Dudley Newman Feuerzeig LLP, by Chad C. Messier, respectfully moves this Court, pursuant to LRCi 83.1(b)(2) and (c), to admit Jason Vitullo *pro hac vice* in the captioned proceeding to assist with the representation of defendant The Coca-Cola Company.

In support of this motion, the following is respectfully represented:

1.     Attorney Vitullo is a member in good standing of the State of New York bar. *See* Pro Hac Vice Application, attached as **Exhibit 1**, at § B(2); Certificate of Good Standing, attached as **Exhibit 2**.

2.     Attorney Vitullo is not under suspension or disbarment by any court. *See* Exhibit 1 at §A(2); Declaration of Jason Vitullo, ¶ 3, attached as **Exhibit 3**.

3.      The undersigned, a member in good standing of the bar of this Court, has entered an appearance on behalf of defendant The Coca Cola Company, and all notices, orders, and pleadings may be served on the undersigned.

4.      The undersigned certifies under penalty of perjury, pursuant to LRCi 83.1(b)(2), that to the best of his knowledge and information Attorney Vitullo has not previously been admitted *pro hac vice* before this Court during the twelve (12) months immediately preceding the filing of this motion.

5.      On information and belief, Attorney Vitullo is fully qualified to appear *pro hac vice* before this Court.

6.      Pursuant to LRCi 7.1(f), the undersigned certifies that he has sought the concurrence of all parties to this motion.  Plaintiffs do not oppose this motion and all other parties consent to it.  Therefore, this motion is unopposed.

7.      The $250.00 fee for Attorney Vitullo's *pro hac vice* admission will be paid to the Clerk of this Court contemporaneously with the filing of this motion.  A proposed order is attached for the Court's consideration.

Respectfully submitted,

**DUDLEY NEWMAN FEUERZEIG LLP**

*/s/ Chad C. Messier*

DATED:  May 22, 2025            By:    _____

Chad C. Messier (VI Bar No. 497)
1000 Frederiksberg Gade
St. Thomas, VI 00802
Telephone: (340) 774-4422
Email: CMessier@dnfvi.com
Attorneys for Defendant,
The Coca Cola Company