IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS; and GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>        Plaintiffs,<br><br>    v.<br><br>PEPSICO, INC., PEPSICO CARIBBEAN, INC., THE COCA-COLA COMPANY, and CC ONE VIRGIN ISLANDS, LLC,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL NO. 2025-_____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING MOTION FOR ADMISSION
OF JASON VITULLO *PRO HAC VICE***

THIS MATTER is before the Court on the Motion for Admission Pro Hac Vice of Jason Vitullo by Chad C. Messier, Esquire of the Virgin Islands Bar Association (No. 497) pursuant to LRCi 83.1(b)(2). The Petitioner has satisfied all the requirements of Rule 83.1(b)(2) of the Local Rules of Civil Procedure, and he has paid the appropriate fee.

The record shows that Attorney Vitullo is in good standing in the State of New York. He seeks admission to represent Defendant, The Coca-Cola Company, in this matter.

Attorney Vitullo shall be subject to this Court's disciplinary and contempt jurisdiction during his *pro hac vice* admission, whether such disciplinary action is taken before or after termination or revocation of his admission *pro hac vice*.

Upon consideration of the motion, it is;

**ORDERED** that the motion is **GRANTED** and pursuant to LRCi 83.1(b)(2) Jason Vitullo, Esquire, is admitted *pro hac vice* to practice before this Court in this case and he shall file a notice of appearance on the docket. He shall appear before this Court to take the oath via Microsoft Teams as the Court may schedule, or in person when he is next in this jurisdiction.

Dated: _____, 2025

_____
EMILE A. HENDERSON III
U.S. Magistrate Judge