IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS, ET AL., <br><br> PLAINTIFFS, <br><br> V. <br><br> PEPSICO, INC., ET AL. <br><br> DEFENDANTS. | CASE NO. 1:25-CV-00024 |

**[PROPOSED] ORDER ON UNCONTESTED MOTION TO EXTEND DEADLINE TO RESPOND TO THE COMPLAINT**

This matter is before the Court on the Motion of PepsiCo, Inc., PepsiCo Caribbean, Inc. and The Coca Cola Company to extend the deadline for all defendants [including CC One Virgin Islands, LLC which has not yet appeared in the matter] to file responses to the Complaint.

The premises considered, the Court agrees that there is good cause pursuant to Fed. R. Civ. P. 6(b) to extend the deadline as requested in the motion.

Accordingly, it is hereby **ORDERED** that the deadline for each of the defendants to respond to the complaint in this matter shall be the *later of* either:

1. July 18, 2025, 60 days from May 19, 2025, the date of removal (applicable if Plaintiffs do not timely move for remand); or

2. 30 days after the disposition of any motion to remand filed in this Court (applicable if Plaintiffs do timely move for remand).

ENTER:

Dated: May ___, 2025

_____

EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE