**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT )<br>OF LICENSING AND CONSUMER AFFAIRS )<br>and GOVERNMENT OF THE )<br>UNITED STATES VIRGIN ISLANDS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PEPSICO, INC.; )<br>PEPSICO CARIBBEAN, INC.; )<br>THE COCA-COLA COMPANY; and )<br>CC ONE VIRGIN ISLANDS, LLC, )<br>)<br>Defendants. )<br>_____ ) | Case No. 1:25-cv-00024 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Christopher Allen Kroblin of Kellerhals Ferguson Kroblin PLLC hereby enters his appearance as counsel for Defendant **CC1 VIRGIN ISLANDS, LLC** in the above-captioned proceeding, all defenses reserved. It is respectfully requested that all pleadings, notices, orders, or other documents filed in the above-captioned case be served on the undersigned.

Respectfully,

Dated: May 29, 2025       */s/ Christopher Allen Kroblin*
**CHRISTOPHER ALLEN KROBLIN, ESQ.**
V.I. Bar Nos. 966
KELLERHALS FERGUSON KROBLIN PLLC
Royal Palms Professional Building
9053 Estate Thomas, Suite 101
St. Thomas, V.I. 00802
Telephone: (340) 779-2564
Facsimile: (888) 316-9269
Email: ckroblin@kellfer.com