IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX
***************

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT )<br>OF LICENSING AND CONSUMER AFFAIRS )<br>and GOVERNMENT OF THE )<br>UNITED STATES VIRGIN ISLANDS, )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>PEPSICO, INC.; )<br>PEPSICO CARIBBEAN, INC.; )<br>THE COCA-COLA COMPANY; and )<br>CC ONE VIRGIN ISLANDS, LLC, )<br>)<br>**Defendants.** )<br>) | Case No. 1:25-cv-00024 |

## MOTION FOR *PRO HAC VICE* ADMISSION OF ORESTE R. RAMOS

**COMES NOW** Defendant **CC1 VIRGIN ISLANDS, LLC** ("CC1") and respectfully moves this Honorable Court, pursuant to Local Rule of Civil Procedure 83.1(b)(2), to admit Oreste R. Ramos *pro hac vice* in the United States District Court of the Virgin Islands in the case styled as: *Commissioner of the Department of Licensing and Consumer Affairs and Government of the United States Virgin Islands v. PepsiCo, Inc., PepsiCo Caribbean, Inc., the Coco-Cola Company, and CC One Virgin Islands, LLC*. In support thereof, CC1 states:

1. Attorney Ramos is a member in good standing of the Commonwealth of Puerto Rico, as supported by the Certificate of Good Standing attached as **Exhibit A**.

2. Attorney Ramos has not suffered any disbarment or suspension of his license to practice before any jurisdiction.

3. Attorney Ramos has not previously been admitted *pro hac vice* before this Court; and

*Commissioner of the DLCA v. PepsiCo, Inc. et al.*  *Case No. 2025-24*
Motion for *Pro Hac Vice* Admission of Oreste R. Ramos  Page 2

4. Attorney Ramos is qualified to appear *pro hac vice* before this Court as more fully set forth in the affidavit and questionnaire attached hereto as **Exhibits B and C**.

   **WHEREFORE**, it is respectfully requested that this Honorable Court admit Oreste R. Ramos *pro hac vice* to participate in the action pending before the District Court.

   Respectfully,

Dated: May 29, 2025   */s/ Christopher Allen Kroblin*
**CHRISTOPHER ALLEN KROBLIN, ESQ.**
V.I. Bar Nos. 966
KELLERHALS FERGUSON KROBLIN PLLC
Royal Palms Professional Building
9053 Estate Thomas, Suite 101
St. Thomas, V.I. 00802
Telephone: (340) 779-2564
Facsimile: (888) 316-9269
Email: ckroblin@kellfer.com

*Counsel for Defendant CC1 Virgin Islands, LLC*