## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS and GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS, ) ) ) ) ) **Plaintiffs,** ) ) v. ) ) PEPSICO, INC.; ) PEPSICO CARIBBEAN, INC.; ) THE COCA-COLA COMPANY; and ) CC ONE VIRGIN ISLANDS, LLC, ) ) **Defendants.** ) ) | Case No. 1:25-cv-00024 |

## **ORDER**

**THIS MATTER** is before the Court on Defendant CC One Virgin Islands, LLC's Motion for *Pro Hac Vice* Admission of Oreste R. Ramos. Having reviewed the Motion, the Court will grant the same.

Accordingly, it is hereby:

**ORDERED** that Plaintiff's Motion for *Pro Hac Vice* Admission of Oreste R. Ramos is **GRANTED**; and it is further

**ORDERED** that a copy of this Order shall be directed to counsel of record.

**SO ORDERED THIS** _____ day of _____, 2025.

_____