IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS; and GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>          Plaintiffs,<br><br>v.<br><br>PEPSICO, INC., PEPSICO CARIBBEAN, INC., THE COCA-COLA COMPANY, and CC ONE VIRGIN ISLANDS, LLC,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL NO. 2025-0024<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## UNOPPOSED MOTION FOR ADMISSION
## *PRO HAC VICE* OF STEVEN A. ZALESIN

Dudley Newman Feuerzeig LLP, by Chad C. Messier, respectfully moves this Court, pursuant to LRCi 83.1(b)(2) and (c), to admit Steven A. Zalesin *pro hac vice* in the captioned proceeding to assist with the representation of defendant The Coca-Cola Company.

In support of this motion, the following is respectfully represented:

1. Attorney Zalesin is a member in good standing of the bars of the States of New York and Florida. *See* Pro Hac Vice Application, attached as **Exhibit 1**, at § B(2); Certificate of Good Standings, attached as **Exhibit 2**.

2. Attorney Zalesin is not under suspension or disbarment by any court. *See* Exhibit 1 at §A(2); Declaration of Steven A. Zalesin, ¶ 3, attached as **Exhibit 3**.

3. The undersigned, a member in good standing of the bar of this Court, has entered an appearance on behalf of defendant The Coca Cola Company, and all notices, orders, and pleadings may be served on the undersigned.

4. The undersigned certifies under penalty of perjury, pursuant to LRCi 83.1(b)(2), that to the best of his knowledge and information Attorney Zalesin was not previously admitted *pro hac vice* before this Court during the twelve (12) months immediately preceding the filing of this motion.

5. On information and belief, Attorney Zalesin is fully qualified to appear *pro hac vice* before this Court.

6. Pursuant to LRCi 7.1(f), the undersigned certifies that he has sought the concurrence of all parties to this motion. Plaintiff does not oppose this motion and all other parties consent to it. Therefore, this motion is unopposed.

7. The $250.00 fee for Attorney Zalesin's *pro hac vice* admission will be paid to the Clerk of this Court contemporaneously with the filing of this motion. A proposed order is attached for the Court's consideration.

Respectfully submitted,

**DUDLEY NEWMAN FEUERZEIG LLP**

DATED: May 29, 2025    By: /s/ Chad C. Messier
_____
Chad C. Messier (VI Bar No. 497)
1000 Frederiksberg Gade
St. Thomas, VI 00802
Telephone: (340) 774-4422
Email: CMessier@dnfvi.com
Attorneys for Defendant,
The Coca Cola Company