

## Appellate Division of the Supreme Court
## of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Steven A. Zalesin

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 2, 1986**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of New York on May 2, 2025.*

*Clerk of the Court*

CertID-00229443

# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )         In Re:  0717886
                                    Steven Alan Zalesin
                                    Patterson Belknap Webb & Tyler LLP
                                    6 Rivers Edge Drive
                                    Tarrytown, NY 10591

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

The Florida Bar membership records indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 29, 1987**.

The Florida Bar membership records also indicate that The Florida Bar member above is an inactive member of The Florida Bar in good standing.

The Inactive status of The Florida Bar member above means that The Florida Bar member above is not eligible to practice law in the state of Florida.

Dated this  2nd  day of **May, 2025**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R12:Inactive
CTM-342979

