IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS; and GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL NO. 2025-_____ |
| v. | ) ) | |
| PEPSICO, INC., PEPSICO CARIBBEAN, INC., THE COCA-COLA COMPANY, and CC ONE VIRGIN ISLANDS, LLC, | ) ) ) ) | |
| Defendants. _____ | ) ) | |

## **DECLARATION OF STEVEN A. ZALESIN**

I, Steven A. Zalesin, declare and state the following:

1. I am an attorney admitted to practice law in the States of New York and Florida and am currently in good standing in those jurisdictions.

2. I received my Juris Doctor degree from the University of Pennsylvania in 1985.

3. I have not suffered any disbarment or suspension of my license to practice before any jurisdiction.

4. I make this declaration in support of the motion for my admission *pro hac vice* as co-counsel for defendant The Coca-Cola Company in the above-captioned action.

5. I have not been admitted to this Court *pro hac vice* in the past twelve (12) months.

6. I have not been admitted to this Court *pro hac vice* in more than three (3) cases in any calendar year, nor am I presently admitted to this Court *pro hac vice* in three (3) active cases.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 28th day of May, 2025.

_____
STEVEN A. ZALESIN