IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX
***************

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT ) <br> OF LICENSING AND CONSUMER AFFAIRS ) <br> and GOVERNMENT OF THE ) <br> UNITED STATES VIRGIN ISLANDS, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> PEPSICO, INC.; ) <br> PEPSICO CARIBBEAN, INC.; ) <br> THE COCA-COLA COMPANY; and ) <br> CC ONE VIRGIN ISLANDS, LLC, ) <br> ) <br> **Defendants.** ) <br> ) | Case No. 1:25-cv-00024 |

**MOTION FOR *PRO HAC VICE* ADMISSION OF MARIANA L. GARCÍA VELÁZQUEZ**

**COMES NOW** Defendant **CC1 VIRGIN ISLANDS, LLC** ("CC1") and respectfully moves this Honorable Court, pursuant to Local Rule of Civil Procedure 83.1(b)(2), to admit Mariana L. García Velázquez *pro hac vice* in the United States District Court of the Virgin Islands in the case styled as: *Commissioner of the Department of Licensing and Consumer Affairs and Government of the United States Virgin Islands v. PepsiCo, Inc., PepsiCo Caribbean, Inc., the Coco-Cola Company, and CC One Virgin Islands, LLC*. In support thereof, CC1 states:

1. Attorney García is a member in good standing of the Commonwealth of Puerto Rico, as supported by the Certificate of Good Standing attached as **Exhibit A**.

2. Attorney García has not suffered any disbarment or suspension of her license to practice before any jurisdiction.

3. Attorney García has not previously been admitted *pro hac vice* before this Court; and

Case: 1:25-cv-00024-WAL-EAH   Document #: 28   Filed: 05/29/25   Page 2 of 2

*Commissioner of the DLCA v. PepsiCo, Inc. et al.*   *Case No. 2025-24*
Motion for *Pro Hac Vice* Admission of Mariana L. García Velázquez   Page 2

4. Attorney García is qualified to appear *pro hac vice* before this Court as more fully set forth in the affidavit and questionnaire attached hereto as **Exhibits B and C**.

**WHEREFORE**, it is respectfully requested that this Honorable Court admit Mariana L. García Velázquez *pro hac vice* to participate in the action pending before the District Court.

Respectfully,

Dated: May 29, 2025     */s/ Christopher Allen Kroblin*
**CHRISTOPHER ALLEN KROBLIN, ESQ.**
V.I. Bar Nos. 966
KELLERHALS FERGUSON KROBLIN PLLC
Royal Palms Professional Building
9053 Estate Thomas, Suite 101
St. Thomas, V.I. 00802
Telephone: (340) 779-2564
Facsimile: (888) 316-9269
Email: ckroblin@kellfer.com

*Counsel for Defendant CC1 Virgin Islands, LLC*