# EXHIBIT B

# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX
***************

| | |
|---|---|
| **COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS and GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**PEPSICO, INC.;**<br>**PEPSICO CARIBBEAN, INC.;**<br>**THE COCA-COLA COMPANY; and**<br>**CC ONE VIRGIN ISLANDS, LLC,**<br><br>**Defendants.** | Case No. 1:25-cv-00024 |

### AFFIDAVIT OF CHRISTOPHER ALLEN KROBLIN IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION OF MARIANA L. GARCÍA VELÁZQUEZ

I, Christopher Allen Kroblin, hereby affirm and state the following:

1. I am a member in good standing of the Virgin Islands Bar Association as well as the United States District Court for the United States Virgin Islands.

2. I hereby move for the admission of Mariana L. García Velázquez, Esq. *pro hac vice* in the above-captioned District Court matter, who satisfies Rule 83.1 of the Local Rules of Civil Procedure for admission of attorneys in this Court.

3. For the foregoing reasons and the reasons set forth in the Mariana L. García Velázquez affidavit and questionnaire, I respectfully request her admission be permitted.

Further affiant sayeth naught.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 29, 2025         */s/ Christopher Allen Kroblin*