## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT )<br>OF LICENSING AND CONSUMER AFFAIRS )<br>and GOVERNMENT OF THE )<br>UNITED STATES VIRGIN ISLANDS, )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>PEPSICO, INC.; )<br>PEPSICO CARIBBEAN, INC.; )<br>THE COCA-COLA COMPANY; and )<br>CC ONE VIRGIN ISLANDS, LLC, )<br>)<br>**Defendants.** )<br>_____) | Case No. 1:25-cv-00024 |

## **ORDER**

**THIS MATTER** is before the Court on Defendant CC1 Virgin Islands, Inc.'s Motion for *Pro Hac Vice* Admission of Mariana L. García Velázquez. Having reviewed the Motion, the Court will grant the same.

Accordingly, it is hereby:

**ORDERED** that Plaintiff's Motion for *Pro Hac Vice* Admission of Mariana L. García Velázquez is **GRANTED**; and it is further

**ORDERED** that a copy of this Order shall be directed to counsel of record.

**SO ORDERED THIS** _____ day of _____, 2025.

_____