# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS; and GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintiffs,<br><br>v.<br><br>PEPSICO, INC.;<br>PEPSICO CARIBBEAN, INC.;<br>THE COCA-COLA COMPANY; and<br>CC ONE VIRGIN ISLANDS, LLC,<br><br>Defendants. | Case No. 1:25-cv-00024 |

## NOTICE OF APPEARANCE OF ARIANNA M. SCAVETTI
## ON BEHALF OF DEFENDANTS PEPSICO, INC. AND PEPSICO CARIBBEAN, INC.

PLEASE TAKE NOTICE that the undersigned, of the law firm Weil, Gotshal & Manges, LLP, is hereby entering an appearance as counsel of record for Defendants PepsiCo, Inc. and PepsiCo Caribbean, Inc. in the above-captioned action.

Dated: June 3, 2025

Respectfully submitted,

By: /s/ *Arianna M. Scavetti*

Arianna M. Scavetti
Admitted Pro Hac Vice
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, D.C. 20036
Tel.: (202) 682-7291
arianna.scavetti@weil.com

*Counsel for Defendants PepsiCo, Inc. and PepsiCo Caribbean, Inc.*

By: /s/ Andrew C. Simpson

Andrew C. Simpson
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2991 Church Street, Suite 5
Christiansted, VI 00820
(340) 719-3900
asimpson@coralbrief.com

*Counsel for Defendants PepsiCo, Inc. and PepsiCo Caribbean, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 3, 2025, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court using the Court's CM/ECF system.

| | |
|---|---|
| Dated: June 3, 2025 | By: /s/ *Arianna M. Scavetti* |
| | Arianna M. Scavetti |