IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

***************

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT ) <br> OF LICENSING AND CONSUMER AFFAIRS ) <br> and GOVERNMENT OF THE ) <br> UNITED STATES VIRGIN ISLANDS, ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> PEPSICO, INC.; ) <br> PEPSICO CARIBBEAN, INC.; ) <br> THE COCA-COLA COMPANY; and ) <br> CC ONE VIRGIN ISLANDS, LLC, ) <br>   ) <br> Defendants. ) <br> _____ ) | Case No. 1:25-cv-00024 |

## NOTICE OF FILING ORIGINAL CERTIFICATES OF GOOD STANDING

**COMES NOW** Defendant CC1 VIRGIN ISLANDS, LLC ("CC1") and hereby files an original Certificates of Good Standing for Mariana L. García Velázquez and Oreste R. Ramos Pruetzel dated May 28th issued by the Commonwealth of Puerto Rico, Supreme Court.

Respectfully,

Dated: June 3, 2025

/s/ *Marjorie Whalen*
**MARJORIE WHALEN, ESQ.**
**CHRISTOPHER ALLEN KROBLIN, ESQ.**
V.I. Bar Nos. 966 & R2019
KELLERHALS FERGUSON KROBLIN PLLC
Royal Palms Professional Building
9053 Estate Thomas, Suite 101
St. Thomas, U.S.V.I. 00802
Telephone: (340) 779-2564
Facsimile: (888) 316-9269
Email: ckroblin@kellfer.com
            mwhalen@kellfer.com