# Commonwealth of Puerto Rico
## Supreme Court
San Juan, Puerto Rico

# Certificate of Good Standing

This is to certify that on the 26th of January, 1999

## Oreste R. Ramos Pruetzel

was duly licensed and admitted by this Supreme Court to practice as an Attorney at Law on all the courts of the Commonwealth of Puerto Rico, after taking and passing the written bar examination and taking and subscribing the oath required by law. I further certify that, as of this date, **Oreste R. Ramos Pruetzel Esq.** is in Good Standing on the Roll of Attorneys of this Court.

In Witness Whereof, I issue this certificate, on which I have cancelled an internal revenue stamp of one dollar, in the City of San Juan, Puerto Rico this 28th of May, 2025.

Gabriela M. Díaz Serrano
*Assistant Clerk, Supreme Court of Puerto Rico*



41-240 SELLO DE RENTAS INTERNAS CANCELADO
Núm. B1990-2025-0528-C6030007
Funcionario(a): GMDS
Fecha: 28/05/2025
$1.00