**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS and GOVERNMENT OF THE VIRGIN ISLANDS**<br><br>　　　　　　　　　　**Plaintiffs,**<br>　　v.<br><br>**PEPSICO, INC.,**<br>**PEPSICO CARIBBEAN, INC.,**<br>**THE COCA-COLA COMPANY, and**<br>**CC ONE VIRGIN ISLANDS, LLC,**<br><br>　　　　　　　　　　**Defendants.**<br>_____ | 1:25-cv-00024-WAL-EAH |

**TO:**　Christopher A. Kroblin, Esq.

**ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION**

**THIS MATTER** comes before the Court on the Motion for *Pro Hac Vice* Admission of Oreste R. Ramos, Esq. Dkt. No. 26.  Attorney Christopher Kroblin, on behalf of Defendant CC1 Virgin Islands, LLC, ("CC1") moves for the admission of Oreste R. Ramos, Esq., to appear and participate as co-counsel for said defendant in the above-captioned matter. CC1, Attorney Kroblin, and Attorney Ramos have satisfied all the requirements of Rule 83.1(b)(2)[1] of the Local Rules of Civil Procedure, and the appropriate fee has been paid.

---

[1] Local Rule of Civil Procedure Rule 83.1(b)(2) states in pertinent part:

> Any member in good standing of the bar of any court of the United States or of the highest court of any state, who is not under suspension or disbarment by any court, may in the discretion of the Court, on motion, be permitted to appear and participate in a particular case.

LRCi 83.1(b)(2).

*Commissioner of the Department of Licensing and Consumer Affairs v. PepsiCo, Inc.*
1:25-cv-00024-WAL-EAH
Order Granting Motion for Pro Hac Vice Admission
Page 2

The record shows that Oreste R. Ramos is currently an attorney in good standing in the Commonwealth of Puerto Rico. Attorney Ramos's Puerto Rico Bar Number is 12703.

Attorney Ramos is bound by the grievance procedures established for the Virgin Islands Bar, and he shall be subject to the disciplinary and contempt jurisdiction of this Court in the course of practice during his *pro hac vice* admission, whether such disciplinary action is taken before or after termination or revocation of his admission *pro hac vice*.

Upon consideration of the said motion, the completed *Pro Hac Vice* Application and the record herein, it is now hereby **ORDERED**:

1. The Motion for *Pro Hac Vice* Admission of Oreste R. Ramos, Esq., Dkt. No. 26, is **GRANTED**;

2. Oreste R. Ramos, Esq., is **ADMITTED** *pro hac vice* to practice before this Court in the above-captioned matter;

3. Oreste R. Ramos, Esq., shall appear before the Court to take the oath of admission via videoconference; and

4. Oreste R. Ramos, Esq., after taking the oath of admission, shall file forthwith a notice of appearance into the record of the above-captioned matter prior to filing any documents in this case.

ENTER:

Dated: June 11, 2025

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE