**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

**COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS and GOVERNMENT OF THE VIRGIN ISLANDS**

                      **Plaintiffs,**

    v.

**PEPSICO, INC.,**
**PEPSICO CARIBBEAN, INC.,**
**THE COCA-COLA COMPANY, and**
**CC ONE VIRGIN ISLANDS, LLC,**

                      **Defendants.**
_____

1:25-cv-00024-WAL-EAH

**TO:**    Christopher A. Kroblin, Esq.

**ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION**

**THIS MATTER** comes before the Court on the Motion for *Pro Hac Vice* Admission of Mariana L. García Velázquez, Esq. Dkt. No. 28.  Attorney Christopher Kroblin, on behalf of Defendant CC1 Virgin Islands, LLC, ("CC1") moves for the admission of Mariana L. García Velázquez, Esq., to appear and participate as co-counsel for said defendant in the above-captioned matter. CC1, Attorney Kroblin, and Attorney García have satisfied all the requirements of Rule 83.1(b)(2)[1] of the Local Rules of Civil Procedure, and the appropriate fee has been paid.

---

[1] Local Rule of Civil Procedure Rule 83.1(b)(2) states in pertinent part:

> Any member in good standing of the bar of any court of the United States or of the highest court of any state, who is not under suspension or disbarment by any court, may in the discretion of the Court, on motion, be permitted to appear and participate in a particular case.

LRCi 83.1(b)(2).

*Commissioner of the Department of Licensing and Consumer Affairs v. PepsiCo, Inc.*
1:25-cv-00024-WAL-EAH
Order Granting Motion for Pro Hac Vice Admission
Page 2

The record shows that Mariana L. García Velázquez is currently an attorney in good standing in the Commonwealth of Puerto Rico. Attorney García's Puerto Rico Bar Number is 23307.

Attorney García is bound by the grievance procedures established for the Virgin Islands Bar, and she shall be subject to the disciplinary and contempt jurisdiction of this Court in the course of practice during her *pro hac vice* admission, whether such disciplinary action is taken before or after termination or revocation of her admission *pro hac vice*.

Upon consideration of the said motion, the completed *Pro Hac Vice* Application and the record herein, it is now hereby **ORDERED**:

1. The Motion for *Pro Hac Vice* Admission of Mariana L. García Velázquez, Esq., Dkt. No. 28, is **GRANTED**;

2. Mariana L. García Velázquez, Esq., is **ADMITTED** *pro hac vice* to practice before this Court in the above-captioned matter;

3. Mariana L. García Velázquez, Esq., shall appear before the Court to take the oath of admission via videoconference; and

4. Mariana L. García Velázquez, Esq., after taking the oath of admission, shall file forthwith a notice of appearance into the record of the above-captioned matter prior to filing any documents in this case.

ENTER:

Dated: June 11, 2025

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE