# EXHIBIT 3

**to the Government of the U.S. Virgin Islands' Motion for Elizabeth Paige Boggs to Appear on Behalf of the Government of the Virgin Islands**

# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS; and GOVERNMENT OF THE UNITED STATES,<br><br>Plaintiffs,<br><br>   v.<br><br>PEPSICO, INC.;<br>PEPSICO CARIBBEAN, INC.;<br>THE COCA-COLA COMPANY; and<br>CC ONE VIRGIN ISLANDS, LLC,<br><br>Defendants. | CASE NO. 1:25-CV-00024 |

## DECLARATION OF ELIZABETH PAIGE BOGGS

I, Elizabeth Paige Boggs, declare and state the following:

1. I am an attorney admitted to practice law in Illinois, Indiana, and the District of Columbia and am currently in good standing in these jurisdictions.

2. I received my Juris Doctor degree from Indiana University Robert H. McKinney School of Law in 2009.

3. I have not suffered any disbarment or suspension of my license to practice before any jurisdiction.

4. I make this declaration in support of the motion for my appearance on behalf of the Government of the Virgin Islands as co-counsel for Plaintiffs Commissioner of the Department of Licensing and Consumer Affairs and Government of the United States Virgin Islands.

I declare, pursuant to 28 U.S.C. 1746, under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 4th day of June, 2025.

_____
ELIZABETH PAIGE BOGGS

2