# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS; and GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintiffs,<br><br>v.<br><br>PEPSICO, INC.;<br>PEPSICO CARIBBEAN, INC.;<br>THE COCA-COLA COMPANY; and<br>CC ONE VIRGIN ISLANDS, LLC,<br><br>Defendants. | CASE NO. 1:25-CV-00024 |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ELIZABETH PAIGE BOGGS

THIS MATTER is before the Court upon the Motion for Admission of Attorney Elizabeth Paige Boggs for the Government of the Virgin Islands, pursuant to Local Rule of Civil Procedure 83.1(b)(7). Chief Christopher Timmons seeks the admission of Elizabeth Paige Boggs of Motley Rice LLC to appear and participate as co-counsel for Plaintiffs Commissioner of the Department of Licensing and Consumer Affairs and Government of the United States Virgin Islands in this matter. All the requirements of Local Rule of Civil Procedure 83.1(b)(7), and the appropriate fee has been met and paid.

The record shows that Attorney Boggs is currently an attorney in good standing in Illinois, Indiana, and the District of Columbia and the following District Courts: Northern District of Illinois, Northern District of Indiana, and Southern District of Indiana.

Attorney Boggs is bound by the grievance procedures established for the Virgin Islands bar, and she shall be subject to the disciplinary and contempt jurisdiction of this Court in the course

of practice during her admission, whether such disciplinary action is taken before or after termination or revocation of her admission for the Government of the Virgin Islands.

Upon consideration of the said motion, and the completed pro hac vice application, and the record herein, it is now hereby **ORDERED:**

1. The Motion for Admission of Elizabeth Paige Boggs to practice before this Court on behalf of the Government of the Virgin Islands (ECF No. [X]) is **GRANTED**.

2. Elizabeth Paige Boggs is **ADMITTED** to practice before this Court in this matter.

3. Elizabeth Paige Boggs shall file forthwith a notice of appearance in the record of this matter.

Dated: _____ 2025

                                                              Emile A. Henderson III
                                                              Magistrate Judge