# EXHIBIT 3

**to the Government of the U.S. Virgin Islands' Motion for Linda Singer to Appear on Behalf of the Government of the Virgin Islands**

## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

COMMISSIONER OF THE DEPARTMENT OF
LICENSING AND CONSUMER AFFAIRS; and
GOVERNMENT OF THE UNITED STATES,

                Plaintiffs,

    v.

PEPSICO, INC.;
PEPSICO CARIBBEAN, INC.;
THE COCA-COLA COMPANY; and
CC ONE VIRGIN ISLANDS, LLC,

                Defendants.

CASE NO. 1:25-CV-00024

## DECLARATION OF LINDA SINGER

I, Linda Singer, declare and state the following:

1.  I am an attorney admitted to practice law in New York and the District of Columbia and am currently in good standing in these jurisdictions.

2.  I received my Juris Doctor degree from Harvard Law School in 1991.

3.  I have not suffered any disbarment or suspension of my license to practice before any jurisdiction.

4.  I make this declaration in support of the motion for my appearance on behalf of the Government of the Virgin Islands as co-counsel for Plaintiffs Commissioner of the Department of Licensing and Consumer Affairs and Government of the United States Virgin Islands.

I declare, pursuant to 28 U.S.C. 1746, under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of June, 2025.

_____
LINDA SINGER