# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS; and GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>PEPSICO, INC.;<br>PEPSICO CARIBBEAN, INC.;<br>THE COCA-COLA COMPANY; and<br>CC ONE VIRGIN ISLANDS, LLC,<br><br>　　　　　　　　Defendants. | CASE NO. 1:25-CV-00024 |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF LINDA SINGER

THIS MATTER is before the Court upon the Motion for Admission of Attorney Linda Singer for the Government of the Virgin Islands, pursuant to Local Rule of Civil Procedure 83.1(b)(7). Chief Christopher Timmons seeks the admission of Linda Singer of Motley Rice LLC to appear and participate as co-counsel for Plaintiffs Commissioner of the Department of Licensing and Consumer Affairs and Government of the United States Virgin Islands in this matter. All the requirements of Local Rule of Civil Procedure 83.1(b)(7), and the appropriate fee has been met and paid.

The record shows that Attorney Singer is currently an attorney in good standing in New York and the District of Columbia and the following District Courts: District of Columbia.

Attorney Singer is bound by the grievance procedures established for the Virgin Islands bar, and she shall be subject to the disciplinary and contempt jurisdiction of this Court in the course of practice during her admission, whether such disciplinary action is taken before or after termination or revocation of her admission for the Government of the Virgin Islands.

Upon consideration of the said motion, and the completed pro hac vice application, and the record herein, it is now hereby **ORDERED:**

1. The Motion for Admission of Linda Singer to practice before this Court on behalf of the Government of the Virgin Islands (ECF No. 037) is **GRANTED**.

2. Linda Singer is **ADMITTED** to practice before this Court in this matter.

3. Linda Singer shall file forthwith a notice of appearance in the record of this matter.

Dated: _____ 2025

_____
Emile A. Henderson III
Magistrate Judge