# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS; and GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintiffs,<br><br>v.<br><br>PEPSICO, INC.;<br>PEPSICO CARIBBEAN, INC.;<br>THE COCA-COLA COMPANY; and<br>CC ONE VIRGIN ISLANDS, LLC,<br><br>Defendants. | CASE NO. 1:25-CV-00024 |

## MOTION FOR DEVIN X. WILLIAMS TO APPEAR ON BEHALF OF THE GOVERNMENT OF THE VIRGIN ISLANDS

In accordance with Rule 83.1(b)(7) of the District Court Local Rules of Civil Procedure, Assistant Attorney General Jalicha Persad, Attorney General authorized designee, moves for the admission of Devin X. Williams of the law firm Motley Rice, LLC, located at 401 9th Street NW, Suite 630, Washington D.C. 20004; telephone number (202) 386-9628, for purposes of appearing as co-counsel on behalf of the Commissioner of the Department of Licensing and Consumer Affairs and the Government of the United States Virgin Islands in this matter. In support thereof, AAG Persad states as follows:

1. Attorney Williams is a member of good standing in California and the District of Columbia. *See Pro Hac Vice* Application, attached as **Exhibit 1**; Certificates of Good Standing, attached as **Exhibit 2**.

2. Attorney Williams is not under suspicion or disbarment by any court. *See* **Exhibit 1**; Declaration of Devin X. Williams, attached as **Exhibit 3**.

*Comm. of DLCA and GVI v. PepsiCo, Inc., et al*
*Case No. 1:25-CV-24*
*Motion to Appear Pro Hac Vice*
*Page 2*

3. The undersigned is an authorized designee of the Attorney General of the Virgin Islands, permitted to move for Attorney Williams to appear and participate in any proceeding in which they are representing the Government of the Virgin Islands or any of its officers or agencies.

4. On information and belief, Attorney Williams is fully qualified to appear on behalf of the Government of the Virgin Islands before this Court.

5. Pursuant to LRCi 7.1(f), the undersigned certifies that he has sought the concurrence of all parties to this motion. Defendants do not oppose the filing of this motion.

6. The $250 fee for Attorney Williams' admission to appear on behalf of the Government of the Virgin Islands will be paid to the Clerk of this Court contemporaneously with the filing of this Motion. A proposed order is attached for the Court's consideration.

WHEREFORE, the Government respectfully requests that this Court enter an Order granting Devin X. Williams admission to appear before this Court on its behalf for all purposes relating to the proceedings in this matter.

Dated: June 16, 2025

RESPECTFULLY SUBMITTED,

/s/ *Jalicha Persad, Esq.*
**Jalicha Persad, Esq.**
**Civil Division**
Virgin Islands Department of Justice
Office of the Attorney General
34-38 Kronprindsens Gade
GERS Complex. 2d Floor
St. Thomas. VI 00804
340-774-5666 ext. 10121
Jalicha.persad@doj.vi.gov

*Comm. of DLCA and GVI v. PepsiCo, Inc., et al*
*Case No. 1:25-CV-24*
*Motion to Appear Pro Hac Vice*
*Page 3*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Claire Lockerby Chapla
Weil, Gotshal & Manges LLP
2001 M Street NW
Suite 600
Washington, DC 20036
202-682-7234
Claire.chapla@weil.com
Attorney for PepsiCo Caribbean, Inc. and Pepsico, Inc.

Christopher Allen Kroblin
Kellerhals Ferguson Kroblin PLLC
Royal Palms Professional Building
9053 Estate Thomas, Suite 101
St. Thomas, VI 00802-3602
340-779-2564
888-316-9269 (fax)
ckrobin@kellfer.com
Attorney for CC One Virgin Islands, LLC

Chad C. Messier
Dudley Newman Feurezeig LLP
100 Frederiksberg Gade
St. Thomas, VI 00802
340-774-4422
cmessier@dnfvi.com
Attorney for The Coca-Cola Company

Arianna M. Scavetti
Weil, Gotshal & Manges
2001 M Street NW
Suite 600
Washington, DC
202-682-7291
Arianna.scavetti@weil.com
Attorney for PepsiCo Caribbean, Inc. & Pepsico, Inc.

Andrew C. Simpson
Andrew C. Simpson, P.C.
2191 Church Street Suite 5
Christiansted
St. Croix, VI 00820-5087
340-719-3900
asimpson@coralbrief.com
Attorney for PepsiCo Caribbean, Inc. and Pepsico, Inc.

Andrew S. Tulumello
Weil, Gotshal & Manges
2001 M Street, NW
Suite 600
Washington, DC 20036-5306
202-682-7000
Drew.tulumello@weil.com
Attorney for PepsiCo Caribbean, Inc. and Pepsico, Inc.

By: */s/ Jalicha Persad*
Jalicha Persad, Esq.