# EXHIBIT 2

**to the Government of the U.S. Virgin Islands' Motion for Devin X. Williams to Appear on Behalf of the Government of the Virgin Islands**

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 5/23/2025

**LICENSEE NAME:** Devin Xavier Williams

**LICENSEE BAR NUMBER:** 347577

**LICENSEE STATUS:** Active

**ADMIT DATE:** 11/17/2022

To Whom it May Concern:

This certificate of standing certifies the record above is a true and correct copy of Devin Xavier Williams's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Devin Xavier Williams

was duly qualified and admitted on November 21, 2024 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 23, 2025.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.