# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS; and GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintiffs,<br><br>v.<br><br>PEPSICO, INC.;<br>PEPSICO CARIBBEAN, INC.;<br>THE COCA-COLA COMPANY; and<br>CC ONE VIRGIN ISLANDS, LLC,<br><br>Defendants. | CASE NO. 1:25-CV-00024 |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF DEVIN X. WILLIAMS

THIS MATTER is before the Court upon the Motion for Admission of Attorney Devin X. Williams for the Government of the Virgin Islands, pursuant to Local Rule of Civil Procedure 83.1(b)(7). Chief Christopher Timmons seeks the admission of Devin X. Williams of Motley Rice LLC to appear and participate as co-counsel for Plaintiffs Commissioner of the Department of Licensing and Consumer Affairs and Government of the United States Virgin Islands in this matter. All the requirements of Local Rule of Civil Procedure 83.1(b)(7), and the appropriate fee has been met and paid.

The record shows that Attorney Williams is currently an attorney in good standing in California and the District of Columbia and the following District Courts: Northern District of California, Eastern District of California, Southern District of California, Central District of California.

Attorney Williams is bound by the grievance procedures established for the Virgin Islands bar, and she shall be subject to the disciplinary and contempt jurisdiction of this Court in the course of practice during her admission, whether such disciplinary action is taken before or after termination or revocation of her admission for the Government of the Virgin Islands.

Upon consideration of the said motion, and the completed pro hac vice application, and the record herein, it is now hereby **ORDERED:**

1. The Motion for Admission of Devin X. Williams to practice before this Court on behalf of the Government of the Virgin Islands (ECF No. 038) is **GRANTED**.

2. Devin X. Williams is **ADMITTED** to practice before this Court in this matter.

3. Devin X. Williams shall file forthwith a notice of appearance in the record of this matter.

Dated:_____ 2025

_____
Emile A. Henderson III
Magistrate Judge