## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS; and GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PEPSICO, INC.;<br>PEPSICO CARIBBEAN, INC.;<br>THE COCA-COLA COMPANY; and<br>CC ONE VIRGIN ISLANDS, LLC,<br><br>　　　　Defendants. | Case No. 1:25-cv-00024 |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Steven Zalesin, of the law firm Patterson Belknap Webb & Tyler LLP, hereby enters his appearance as counsel for Defendant The Coca-Cola Company in the above-captioned action, all defenses reserved. It is respectfully requested that copies of all pleadings, motions, and other documents filed herein be served on the undersigned.

1

Dated: June 18, 2025

Respectfully submitted,

By: */s/ Steven A. Zalesin*
Steven A. Zalesin
Admitted Pro Hac Vice
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2110
Email: szalesin@pbwt.com

*Counsel for Defendant The Coca-Cola Company*

By: */s/ Chad C. Messier*
Chad C. Messier (VI Bar No. 497)
DUDLEY NEWMAN FEUERZEIG LLP
1000 Frederiksberg Gade St. Thomas, VI 00802
Telephone: (340) 774-4422
Email: CMessier@dnfvi.com

*Counsel for Defendant The Coca-Cola Company*