IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS; and GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintiffs,<br><br>v.<br><br>PEPSICO, INC.;<br>PEPSICO CARIBBEAN, INC.;<br>THE COCA-COLA COMPANY; and<br>CC ONE VIRGIN ISLANDS, LLC,<br><br>Defendants. | Civil Action No. 1:25-CV-00024 |

**PLAINTIFFS' MOTION TO REMAND**

The Commissioner of the Department of Licensing and Consumer Affairs and Government of the United States Virgin Islands (collectively, the "Government") moves to remand this matter to the Superior Court of the Virgin Islands pursuant to 28 U.S.C. § 1447(c) for the following reasons, which are more fully explained in the accompanying memorandum in support of motion:

1. No allegations in the Complaint necessarily raise an actually disputed and substantial federal issue;

2. The Government has pleaded solely violations of U.S. Virgin Islands law, and Defendants' theory stretches the artful pleading exception into inappropriate territory; and

3. Supplemental jurisdiction is not supported here because no allegations raise a federal question.

1

Dated: June 18, 2025                                  RESPECTFULLY SUBMITTED,

/s/ *Jalicha Persad*
**JALICHA PERSAD**
**ASSISTANT ATTORNEY GENERAL**
VIRGIN ISLANDS DEPARTMENT OF JUSTICE
Office of the Attorney General
3438 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, USVI 00802-5749
T: (340) 774-5666 Ext. 10121

*Attorney for Plaintiffs Commissioner of the Department of Licensing and Consumer Affairs and Government of the United States Virgin Islands*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Claire Lockerby Chapla
Weil, Gotshal & Manges LLP
2001 M Street NW
Suite 600
Washington, DC 20036
202-682-7234
Claire.chapla@weil.com
Attorney for PepsiCo Caribbean, Inc. and Pepsico, Inc.

Chad C. Messier
Dudley Newman Feurezeig LLP
100 Frederiksberg Gade
St. Thomas, VI 00802
340-774-4422
cmessier@dnfvi.com
Attorney for The Coca-Cola Company

Andrew C. Simpson
Andrew C. Simpson, P.C.
2191 Church Street Suite 5
Christiansted
St. Croix, VI 00820-5087
340-719-3900
asimpson@coralbrief.com
Attorney for PepsiCo Caribbean, Inc. and Pepsico, Inc.

Christopher Allen Kroblin
Kellerhals Ferguson Kroblin PLLC
Royal Palms Professional Building
9053 Estate Thomas, Suite 101
St. Thomas, VI 00802-3602
340-779-2564
888-316-9269 (fax)
ckrobin@kellfer.com
Attorney for CC One Virgin Islands, LLC

Arianna M. Scavetti
Weil, Gotshal & Manges
2001 M Street NW
Suite 600
Washington, DC
202-682-7291
Arianna.scavetti@weil.com
Attorney for PepsiCo Caribbean, Inc. & Pepsico, Inc.

Andrew S. Tulumello
Weil, Gotshal & Manges
2001 M Street, NW
Suite 600
Washington, DC 20036-5306
202-682-7000
Drew.tulumello@weil.com
Attorney for PepsiCo Caribbean, Inc. and Pepsico, Inc.

By: */s/ Jalicha Persad*
Jalicha Persad, Esq.