# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS; and GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintiffs,<br><br>v.<br><br>PEPSICO, INC.;<br>PEPSICO CARIBBEAN, INC.;<br>THE COCA-COLA COMPANY; and<br>CC ONE VIRGIN ISLANDS, LLC,<br><br>Defendants. | Civil Action No. 1:25-CV-00024 |

## [PROPOSED] ORDER ON MOTION TO REMAND

**THIS MATTER** having come before the Court on Plaintiffs' Motion to Remand this Matter to the Superior Court of the Virgin Islands dated June 18, 2025, and the Court having been advised in its premises, it is:

**ORDERED** that the Government's Motion is **GRANTED**, and further;

**ORDERED** that this matter is remanded to the Superior Court of the Virgin Islands.

**SO ORDERED** this _____ day of _____ 2025.

_____
United States District Judge