# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

COMMISSIONER OF THE DEPARTMENT OF
LICENSING AND CONSUMER AFFAIRS; and
GOVERNMENT OF THE UNITED STATES
VIRGIN ISLANDS,

          Plaintiffs,

v.

PEPSICO, INC.;
PEPSICO CARIBBEAN, INC.;
THE COCA-COLA COMPANY; and
CC ONE VIRGIN ISLANDS, LLC,

          Defendants.

Case No. 1:25-cv-00024

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jason Vitullo, of the law firm Patterson Belknap Webb & Tyler LLP, hereby enters his appearance as counsel for Defendant The Coca-Cola Company in the above-captioned action, all defenses reserved.  It is respectfully requested that copies of all pleadings, motions, and other documents filed herein be served on the undersigned.

1

Dated: June 9, 2025                    Respectfully submitted,

By:    */s/ Jason Vitullo*
       Jason Vitullo
       Admitted Pro Hac Vice
       PATTERSON BELKNAP WEBB & TYLER LLP
       1133 Avenue of the Americas
       New York, NY 10036
       Telephone: (212) 336-2189
       Email: jvitullo@pbwt.com

       *Counsel for Defendant The Coca-Cola Company*

By:    */s/ Chad C. Messier*
       Chad C. Messier (VI Bar No. 497)
       DUDLEY NEWMAN FEUERZEIG LLP
       1000 Frederiksberg Gade St. Thomas, VI 00802
       Telephone: (340) 774-4422
       Email: CMessier@dnfvi.com

       *Counsel for Defendant The Coca-Cola Company*