**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS; and GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintiffs,<br><br>v.<br><br>PEPSICO, INC.;<br>PEPSICO CARIBBEAN, INC.;<br>THE COCA-COLA COMPANY; and<br>CC ONE VIRGIN ISLANDS, LLC,<br><br>Defendants. | Case No. 1:25-cv-00024 |

**JOINT NOTICE OF NEGOTIATED EXTENSION OF TIME**
**OF BRIEFING SCHEDULE RELATING TO PLAINTIFFS' MOTION TO REMAND**

Pursuant to Local Rule 6.1(b)(7), the parties to this case jointly inform the Court that they have agreed to mutual extensions of time relating to briefing on Plaintiffs' motion to remand this matter to the Superior Court of the Virgin Islands, D.I. 46. Defendants shall have up to and including **July 23, 2025**, to file their response in opposition to Plaintiffs' motion to remand, and Plaintiffs shall have up to and including **August 13, 2025**, to reply.

| | |
|---|---|
| Dated: June 20, 2025 | Respectfully submitted, |
| | By: /s/ *Andrew C. Simpson* |
| /s/ *Chad C. Messier* | Andrew C. Simpson<br>V.I. Bar No. 451 |
| Chad C. Messier<br>V.I. Bar No. 497<br>**Dudley Newman Feuerzeig LLP**<br>1000 Frederiksberg Gade<br>St. Thomas, VI 00802<br>Telephone: (340) 774-4422<br>Email: cmessier@dnfvi.com | **Andrew C. Simpson, P.C.**<br>2191 Church St., Ste. 5<br>Christiansted, St. Croix<br>U.S. Virgin Islands 00820<br>Telephone: (340) 719-3900<br>Email: asimpson@coralbrief.com |
| Steven A. Zalesin<br>(admitted *pro hac vice*)<br>**Patterson Belknap Webb & Tyler LLP**<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 336-2110<br>Email: szalesin@pbwt.com | Andrew S. Tulumello (admitted *pro hac vice*)<br>Arianna M. Scavetti (admitted *pro hac vice*)<br>Claire L. Chapla (admitted *pro hac vice*)<br>**Weil, Gotshal & Manges LLP**<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone:  (202) 682-7000<br>Facsimile:  (202) 857-0940<br>Email:  drew.tulumello@weil.com<br>Email:  arianna.scavetti@weil.com<br>Email:  claire.chapla@weil.com |
| *Counsel for Defendant The Coca-Cola Company* | *Counsel for Defendants PepsiCo, Inc. and PepsiCo Caribbean, Inc.* |
| /s/ *Christopher Allen Kroblin* | |
| Christopher Allen Kroblin<br>V.I. Bar No. 966<br>**Kellerhals Ferguson Kroblin PLLC**<br>Royal Palms Professional Building<br>9053 Estate Thomas, Suite 101<br>St. Thomas, V.I. 00802-3602<br>Telephone: (340) 779-2564<br>Facsimile: (888) 316-9269<br>Email: ckroblin@kellfer.com | /s/ *Jalicha Persad*<br>Jalicha Persad<br>Assistant Attorney General<br>**Virgin Islands Department of Justice**<br>Office of the Attorney General<br>3438 Kronprindsens Gade<br>GERS Building, 2nd Floor<br>St. Thomas, USVI 00802-5749<br>Telephone: (340) 774-5666 ext. 10121<br>Email: jalicha.persad@doj.vi.gov |
| *Counsel for Defendant CC One Virgin Islands, LLC* | *Counsel for Plaintiffs Commissioner of the Department of Licensing and Consumer Affairs and Government of the United States Virgin Islands* |

2