# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS; and GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintiffs,<br><br>v.<br><br>PEPSICO, INC.;<br>PEPSICO CARIBBEAN, INC.;<br>THE COCA-COLA COMPANY; and<br>CC ONE VIRGIN ISLANDS, LLC,<br><br>Defendants. | Case No. 1:25-cv-00024 |

## DEFENDANTS' UNOPPOSED RENEWED MOTION TO EXTEND DEADLINE TO RESPOND TO THE COMPLAINT

PepsiCo, Inc., PepsiCo Caribbean, Inc., The Coca-Cola Company, and CC One Virgin Islands, LLC (collectively, "Defendants") jointly and respectfully move unopposed to extend the deadline to respond to Plaintiffs' Complaint in this matter, D.I. 1-2, to 30 days after the disposition of Plaintiffs' motion to remand, D.I. 46. Pursuant to Local Rule 7.1(f), Defendants have conferred with counsel for the Plaintiffs who consents to the relief requested in this Motion and does not intend to file a response. In support thereof, Defendants submit the accompanying Memorandum and [Proposed] Order.

| | |
|---|---|
| Dated: June 25, 2025 | Respectfully submitted, |
| | By: /s/ *Andrew C. Simpson* |
| /s/ *Chad C. Messier* | |
| | Andrew C. Simpson |
| Chad C. Messier | V.I. Bar No. 451 |
| V.I. Bar No. 497 | **Andrew C. Simpson, P.C.** |
| **Dudley Newman Feuerzeig LLP** | 2191 Church St., Ste. 5 |
| 1000 Frederiksberg Gade | Christiansted, St. Croix |
| St. Thomas, VI 00802 | U.S. Virgin Islands 00820 |
| Telephone: (340) 774-4422 | Telephone: (340) 719-3900 |
| Email: cmessier@dnfvi.com | Email: asimpson@coralbrief.com |
| | |
| Steven A. Zalesin | Andrew S. Tulumello (admitted *pro hac vice*) |
| (admitted *pro hac vice*) | Arianna M. Scavetti (admitted *pro hac vice*) |
| **Patterson Belknap Webb & Tyler LLP** | Claire L. Chapla (admitted *pro hac vice*) |
| 1133 Avenue of the Americas | **Weil, Gotshal & Manges LLP** |
| New York, NY 10036 | 2001 M Street NW, Suite 600 |
| Telephone: (212) 336-2110 | Washington, DC 20036 |
| Email: szalesin@pbwt.com | Telephone: (202) 682-7000 |
| | Facsimile: (202) 857-0940 |
| *Counsel for Defendant The Coca-Cola Company* | Email: drew.tulumello@weil.com |
| | Email: arianna.scavetti@weil.com |
| | Email: claire.chapla@weil.com |
| /s/ *Christopher Allen Kroblin* | *Counsel for Defendants PepsiCo, Inc. and PepsiCo Caribbean, Inc.* |
| Christopher Allen Kroblin | |
| V.I. Bar No. 966 | |
| **Kellerhals Ferguson Kroblin PLLC** | |
| Royal Palms Professional Building | |
| 9053 Estate Thomas, Suite 101 | |
| St. Thomas, V.I. 00802-3602 | |
| Telephone: (340) 779-2564 | |
| Facsimile: (888) 316-9269 | |
| Email: ckroblin@kellfer.com | |
| | |
| *Counsel for Defendant CC One Virgin Islands, LLC* | |

2