# DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS; and GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintiffs,<br><br>v.<br><br>PEPSICO, INC.;<br>PEPSICO CARIBBEAN, INC.;<br>THE COCA-COLA COMPANY; and<br>CC ONE VIRGIN ISLANDS, LLC,<br><br>Defendants. | Case No. 1:25-cv-00024 |

### [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED RENEWED MOTION TO EXTEND DEADLINE TO RESPOND TO THE COMPLAINT

This matter is before the Court on the Unopposed Renewed Motion of PepsiCo, Inc., PepsiCo Caribbean, Inc., The Coca-Cola Company, and CC One Virgin Islands, LLC (collectively, "Defendants") to extend the deadline for Defendants to respond to Plaintiffs' Complaint, D.I. 1-2, to 30 days after the disposition of Plaintiffs' motion to remand, D.I. 46.

The premises considered, the Court agrees that there is good cause pursuant to Federal Rule of Civil Procedure 6(b)(1) to extend the deadline as requested in Defendants' Motion.

Accordingly, it is hereby **ORDERED** that the deadline for each of the Defendants to respond to the Complaint in this matter is extended to 30 days after the disposition of Plaintiffs' motion to remand, D.I. 46.

Dated: June __, 2025

_____
Emile A. Henderson III
U.S. Magistrate Judge