## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX
****************

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS and GOVERNMENT OF THE VIRGIN ISLANDS | |
| Plaintiffs, | 1:25-cv-00024-WAL-EAH |
| v. | |
| PEPSICO, INC., PEPSICO CARIBBEAN, INC., THE COCA-COLA COMPANY, and CC ONE VIRGIN ISLANDS, LLC | |
| Defendants. | |

_____

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Mariana L. García Velázquez of Pietrantoni Mendez & Alvarez LLC hereby enters his appearance as counsel for Defendant **CC ONE VIRGIN ISLANDS LLC** in the above-captioned proceeding, all defenses reserved. It is respectfully requested that all pleadings, notices, orders, or other documents filed in the above-captioned case be served on the undersigned,

Date: June 25, 2025

**PIETRANTONI MÉNDEZ & ÁLVAREZ LLC**
Popular Center, 19th Floor
208 Ponce de León Ave.
San Juan, Puerto Rico, 00918
Tel: (787) 274-1212
Fax: (787) 274-1470

/s/ Mariana L. García Velázquez
Mariana L. García Velázquez
Admitted *Pro Hac Vice*
(Docket Nos. 36 and 40)
mgarcia@pmalaw.com