**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS and GOVERNMENT OF THE VIRGIN ISLANDS**<br><br>Plaintiffs,<br>v.<br><br>**PEPSICO, INC., PEPSICO CARIBBEAN, INC., THE COCA-COLA COMPANY, and CC ONE VIRGIN ISLANDS, LLC,**<br><br>Defendants.<br>_____ | 1:25-cv-00024-WAL-EAH |

**TO:** Jalicha Persad, Esq.

**ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION**

**THIS MATTER** comes before the Court on the "Motion for Elizabeth Paige Boggs to Appear on Behalf of the Government of the Virgin Islands." Dkt. No. 42. Attorney Jalicha Persad, on behalf of Plaintiffs Commissioner of the Department of Licensing and Consumer Affairs and the Government of the United States Virgin Islands, moves for the admission of Elizabeth Paige Boggs, Esq., to appear and participate as co-counsel for said plaintiffs in the above-captioned matter. Plaintiffs, Attorney Persad, and Attorney Boggs have satisfied all the requirements of Rule 83.1(b)(2)[1] of the Local Rules of Civil Procedure, and the appropriate fee has been paid.

---

[1] Local Rule of Civil Procedure Rule 83.1(b)(2) states in pertinent part:

> Any member in good standing of the bar of any court of the United States or of the highest court of any state, who is not under suspension or disbarment by any court, may in the discretion of the Court, on motion, be permitted to appear and participate in a particular case.

LRCi 83.1(b)(2).

Case: 1:25-cv-00024-WAL-EAH   Document #: 54   Filed: 07/03/25   Page 2 of 2

*Commissioner of the Department of Licensing and Consumer Affairs v. PepsiCo, Inc.*
1:25-cv-00024-WAL-EAH
Order Granting Motion for Pro Hac Vice Admission
Page 2

The record shows that Elizabeth Paige Boggs is currently an attorney in good standing in the States of Illinois, Indiana, and the District of Columbia. Attorney Boggs's Illinois Bar Number is 6299126. Her Indiana Bar Number is 28934-49, and her D.C. Bar Number is 888325032.

Attorney Boggs is bound by the grievance procedures established for the Virgin Islands Bar, and she shall be subject to the disciplinary and contempt jurisdiction of this Court in the course of practice during her *pro hac vice* admission, whether such disciplinary action is taken before or after termination or revocation of her admission *pro hac vice*.

Upon consideration of the said motion, the completed *Pro Hac Vice* Application and the record herein, it is now hereby **ORDERED**:

1. The "Motion for Elizabeth Paige Boggs to Appear on Behalf of the Government of the Virgin Islands," Dkt. No. 42, is **GRANTED**;

2. Elizabeth Paige Boggs, Esq., is **ADMITTED** *pro hac vice* to practice before this Court in the above-captioned matter;

3. Elizabeth Paige Boggs, Esq., shall appear before the Court to take the oath of admission via videoconference; and

4. Elizabeth Paige Boggs, Esq., after taking the oath of admission, shall file forthwith a notice of appearance into the record of the above-captioned matter prior to filing any documents in this case.

ENTER:

Dated: July 3, 2025

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE