**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS and GOVERNMENT OF THE VIRGIN ISLANDS<br><br>                   Plaintiffs,<br>  v.<br><br>PEPSICO, INC.,<br>PEPSICO CARIBBEAN, INC.,<br>THE COCA-COLA COMPANY, and<br>CC ONE VIRGIN ISLANDS, LLC<br><br>                   Defendants.<br>_____ | 1:25-cv-00024-WAL-EAH |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Oreste R. Ramos of Pietrantoni Mendez & Alvarez LLC hereby enters his appearance as counsel for Defendant **CC ONE VIRGIN ISLANDS, LLC** in the above-captioned proceeding, all defenses reserved. It is respectfully requested that all pleadings, notices, orders, or other documents filed in the above-captioned case be served on the undersigned,

**Date: July 7, 2025**

                                          */s/ Christopher Allen Kroblin*
                                          **CHRISTOPHER ALLEN KROBLIN, ESQ.**
                                            V.I. Bar Nos. 966
                                            KELLERHALS FERGUSON KROBLIN PLLC
                                            Royal Palms Professional Building
                                            9053 Estate Thomas, Suite 101
                                            St. Thomas, V.I. 00802
                                            Telephone: (340) 779-2564
                                            Facsimile: (888) 316-9269
                                            Email: ckroblin@kellfer.com

**PIETRANTONI MÉNDEZ & ALVAREZ LLC**
Popular Center, 19th Floor
208 Ponce de León Ave.
San Juan, Puerto Rico, 00918
Tel: (787) 274-1212
Fax: (787) 274-1470

/s/ Oreste R. Ramos
Oreste R. Ramos
Admitted Pro Hac Vice
(Docket Nos. 36 and 40)
oramos@pmalaw.com