# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS; and GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintiffs,<br><br>v.<br><br>PEPSICO, INC.;<br>PEPSICO CARIBBEAN, INC.;<br>THE COCA-COLA COMPANY; and<br>CC ONE VIRGIN ISLANDS, LLC,<br><br>Defendants. | Civil Action No. 1:25-CV-00024 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Elizabeth Paige Boggs of Motley Rice LLC hereby enters her appearance as counsel for Plaintiffs Commissioner of the Department of Licensing and Consumer Affairs and Government of the United States Virgin Islands in the above-captioned proceeding. It is respectfully requested that all pleadings, notices, orders, or other documents filed in the above-captioned case be served on the undersigned.

Dated: July 18, 2025

RESPECTFULLY SUBMITTED,

/s/ *Elizabeth Paige Boggs*
**ELIZABETH PAIGE BOGGS**
(Admitted *Pro Hac Vice*)
401 9th Street, NW, Suite 630
Washington, DC 20004
T: (202) 386-9629 F: (202) 386-9622
pboggs@motleyrice.com

/s/ *Jalicha Persad*
**JALICHA PERSAD**
**ASSISTANT ATTORNEY GENERAL**
VIRGIN ISLANDS DEPARTMENT OF JUSTICE
Office of the Attorney General

3438 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, USVI 00802-5749
T: (340) 774-5666 Ext. 10121

*Attorneys for Plaintiffs Commissioner of the Department of Licensing and Consumer Affairs and Government of the United States Virgin Islands*