**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS, and GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS, | ) ) ) ) | Case No. 1:25-cv-0024 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| PEPSICO, INC., PEPSICO CARIBBEAN, INC., THE COCA-COLA COMPANY, and CC ONE VIRGIN ISLANDS, LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

**ATTORNEYS:**

**JALICHA PERSAD, ESQ.**
**VIRGIN ISLANDS DEPARTMENT OF JUSTICE**
**ST. THOMAS, USVI**

 *FOR PLAINTIFFS COMMISSIONER OF THE DEPARTMENT OF LICENSING AND CONSUMER AFFAIRS AND THE GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS*

**ANDREW S. TULUMELLO, ESQ.**
**ARIANNA M. SCAVETTI, ESQ.**
**CLAIRE LOCKERBY CHAPLA, ESQ.**
**WEIL, GOTSHAL & MANGES**
**WASHINGTON, DC**

**ANDREW C SIMPSON**
**LAW OFFICES OF ANDREW SIMPSON**
**ST. CROIX, USVI**

 *FOR DEFENDANTS PEPSICO, INC. AND PEPSICO CARIBBEAN, INC.*

**JASON ROBERT VITULLO, ESQ.**
**STEVEN ZALESIN, ESQ.**
**PATTERSON BELKNAP WEBB & TYLER LLP**
**NEW YORK, NY**

**CHAD C. MESSIER, ESQ.**
**DUDLEY NEWMAN FEUERZEIG LLP**
**ST. THOMAS, USVI**

 *FOR DEFENDANT THE COCA-COLA COMPANY*

*Comm'r of the Dep't of Licensing and Consumer Affs. v. Pepsico, Inc.*
Case No. 1:25-cv-0024
Order
Page 2 of 2

**ORESTE RAMOS, ESQ.**
**MARIANA L GARCIA VELAZQUEZ, ESQ.**
**PIETRANTONI MENDEZ & ALVAREZ LLC**
**SAN JUAN, PR**

**CHRISTOPHER ALLEN KROBLIN**
**KELLERHALS FERGUSON KROBLIN PLLC**
**ST. THOMAS, USVI**
    *FOR DEFENDANT CC ONE VIRGIN ISLANDS, LLC*

## ORDER[1]

**BEFORE THE COURT** is Plaintiffs, Commissioner of the Department of Licensing and Consumer Affairs and the Government of the United States Virgin Islands, ("Plaintiffs") Motion to Remand, filed on June 18, 2025. (ECF No. 46.) For the reasons stated in the accompanying Memorandum Opinion of even date, it is hereby

**ORDERED** that Plaintiffs Motion to Remand, ECF No. 46, is **GRANTED**; it is further

**ORDERED** that this case is **REMANDED** to the Superior Court of the Virgin Islands; it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1447(c), the Clerk of Court shall mail a certified copy of this Order to the Clerk of Court for the Superior Court of the Virgin Islands; it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this case.

**Dated:** March 23, 2026                    /s/ *Robert A. Molloy*
                                             **ROBERT A. MOLLOY**
                                             **Chief Judge**

---

[1] Due to the retirement of the judge previously assigned to this case, the undersigned, exercising his authority as Chief Judge of the District Court, reassigned this case to himself on February 17, 2026.