# DISTRICT COURT OF THE VIRGIN ISLANDS
## CLERK'S OFFICE

**Glenda L. Lake, Esquire**
**Clerk of Court**



Reply to:

☐ **Ron De Lugo Federal Building & Courthouse**
5500 Veteran's Drive, Suite 351
St. Thomas, Virgin Islands 00802-6424
Phone: (340) 774-0640
Fax: (340) 774-1293

■ **Almeric L. Christian Fed. Bldg. & Courthouse**
3013 Estate Golden Rock, Lot 13
Christiansted, St. Croix 00820-4355
Phone: (340) 718-1130
Fax: (340) 718-1563

March 26, 2026

Tamara Charles
Clerk of the Court
Superior Court of the Virgin Islands
P.O. Box 929
Christiansted, VI 00821

**Re: Commissioner of the Department of Licensing and Consumer Affairs, et al.**
**v. Pepsico, Inc., et al. District Court Civil No. 1:25-cv-0024.**

Dear Ms. Charles:

Please acknowledge receipt of the District Court of the Virgin Islands case file of Civil No. 1:25-cv-0024, *Commissioner of the Department of Licensing and Consumer Affairs et al. v. Pepsico, Inc. et al.* By Order dated March 23, 2026, this case is remanded to your court for further proceedings in this matter.

Certified copy of the Order of Remand, Memorandum Opinion, and docket sheets are reproduced and forwarded herewith.

If you have any questions, please contact the Clerk's office at 340-718-1130.

Sincerely,

Lana Maehara
Generalist Supervisor

---

☐ **Ron de Lugo Fed. Bldg. & Courthouse**, 5500 Veteran's Drive, Suite 351, St. Thomas, Virgin Islands 00802-6424
Phone: 340-774-0640 Fax: 340-775-8075

■ **Almeric L. Christian Fed. Bldg. & Courthouse**, 3013 Estate Golden Rock, Lot #13, Christiansted, Virgin Islands 00820-4355
Phone: 340-718-1130 Fax: 340-712-7180