DISTRICT COURT OF THE VIRGIN ISLANDS

CLERK'S OFFICE

3013 ESTATE GOLDEN ROCK, LOT #13

CHRISTIANSTED, ST. CROIX VI 00820-4355

OFFICIAL BUSINESS



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage

Postmark
Here

Tamara Charles
Clerk of Court
Superior Court of the Virgin Islands
P.O. Box 929
Christiansted, VI  00821

See Reverse for Instructions

Tamara Charles
Clerk of Court
Superior Court of the Virgin Islands
P.O. Box 929
Christiansted, VI  00821

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tamara Charles
Clerk of Court
Superior Court of the Virgin Islands
P.O. Box 929
Christiansted, VI  00821

9590 9402 8487 3186 9747 37

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

1-25-CV-24 #67&68